Russo Bailey Pro se
864 N. 2nd. Street #138
El Cajon, CA 92021
Telephone (619)504-5682

FILED
07 OCT 31 PM 2:53
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

Russo Bailey
           Plaintiff;

Vs

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE,
ALLEN J. PRECKEL,
CITY OF EL CAJON, M. BEVAN,
SAN DIEGO COUNTY,
DONNIE DUMANUS,
WILLIAM, KOLENDER,
25 Unknown police and sheriff deputies,
           Defendants.

CIVIL No. '07 CV 2090 JM (BLM)

COMPLAINT FOR DAMAGES;
CIVIL RIGHTS VIOLATIONS;
DEMAND JURY TRIAL

42 U.S.C.A. §§ 1983, 1985, and
1986 (c), 28 U.S.C. § 1331
F.R.Civ.P. #38 and #39.

Plaintiff, Russo Bailey, in pro per, complains and alleges:

I

JURISDICTION OF PARTIES

The Plaintiff, Russo Bailey, is a citizen of the United States of America and a resident of El Cajon, California.

II

The Defendant, M. BEVAN, and 25 unknowns as individuals, are at all times herein mentioned are believed to be duty appointed, employed and acting POLICE deputies and officers of The CITY OF EL CAJON Police. The CITY OF EL CAJON is

at all times herein known to be a "Public Entity," chartered under the State of California and is the RESPONDENT SUPERIOR. And part of the SOUTHERN DISTRICT OF CALIFORNIA. DEPARTMENT OF JUSTICE FOR THE STATE OF CALIFORNIA holds court in the name of The State of California. ALLEN J. PRECKEL, Presides as judge for the State of California Judiciary and is a resident of the SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO COUNTY is a "Public Entity," within the SOUTHERN DISTRICT OF CALIFORNIA. DONNIE DUMANUS, is the district attorney for SAN DIEGO COUNTY. WILLIAM KOLENDER, is the Sheriff for the SAN DIEGO COUNTY part of the SOUTHERN DISTRICT OF CALIFORNIA and resides in the same SOUTHERN DISTRICT OF CALIFORNIA

III

Each of the acts alleged herein were done by the Police Defendants under the color and pretense of his/her authority and position as an employee and are being sued as individuals. The City of El Cajon is responsible for the Plaintiffs's losses and damages of it's police officers. Each of the acts alleged herein that were done by the DEPARTMENT OF JUSTICE FOR THE STATE OF CALIFORNIA, involved 5 unknown justices within public domains and within the Southern District of California. Plaintiff has made claim by U.S. Postal mail and in person, to ALL defendants and was rejected or ignored.

IV

This action involves a federal question arising under the Constitution of the United States, particularly under the provisions of the First, Fourth, Fifth, Seventh, Eighth, and Fourteenth Amendments. This action involves a federal question against the State of California Judiciary arising under the Constitution of the United States Article VI. section two that are bound to support the Constitution of United States. This Court has jurisdiction over the All Claims for Relief pursuant to Title 28, United States Code, §1331., and under the authority UNITED STATES CONSTITUTION ARTICLE III. JUDICIAL DEPARTMENT SECTION 2., "...between a State, or the citizens thereof,..."

and the case of *Hughes v. Swinehart*, D.C.Pa.1974, 376 F.Supp. 650.

## V

## VENUE

Venue exists in the District of Southern California pursuant to Title 18 United States Code, § 1391 (b).

## VI

## ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF

## FIRST CAUSE OF ACTION

On the date of December 08, 2006 the Defendant M. BEVAN and 15 Unknown CITY OF EL CAJON Police did without legal cause, falsely arrested Plaintiff while Plaintiff was legally parked in a public business parking lot for vehicles in the CITY OF EL CAJON in the County of San Diego, California.

Plaintiff did telephone the CALIFORNIA EMERGENCY number "911" and a CALIFORNIA Highway Patrol Employee did respond. This CALIFORNIA Highway Patrol Employee refused to arrest the CITY OF EL CAJON Police as they actively vandalized Plaintiff's vehicle and the felonious kidnaping of Plaintiff by the EL CAJON Police.

Defendant M. BEVAN and 15 Unknown CITY OF EL CAJON Police did, kidnap with malicious intent, and illegally took plaintiff's personal property. Defendant M. BEVAN and 15 Unknown CITY OF EL CAJON Police did intentionally damaged the personal property of the plaintiff before and after the intentional kidnap and false imprisoned of the plaintiff.

Defendant M. BEVAN and 15 Unknown police and the CITY OF EL CAJON did cause financial and emotional duress. Defendant M. BEVAN and 15 Unknown police and the CITY OF EL CAJON did carjack (Pen. C. §§ 209.5 and 215 felonies) Plaintiff's motor vehicle and was committed with the aid of firearms. Defendant M. BEVAN and 15 Unknown CITY OF EL CAJON Police did intentionally attempt to murder Plaintiff with explosives and poison gas (Pen. C. §375 (a) and (d), felony).

VII

SECOND CAUSE OF ACTION

DEPARTMENT OF JUSTICE FOR THE STATE OF CALIFORNIA

ALLEN J. PRECKEL and five unknown Judges conspired to deprive Plaintiff of His Constitutional Rights.

On the date of December 13, 2006 the state of California, Department of justice, falsely and with malicious intent, denied plaintiff of His freedom.

On the date of December 13, 2006 the State of California falsely accused plaintiff with Penal Code12025(a)(1) and Penal Code 12031(a)(1) in violation of Plaintiff civil rights guaranteed by the United States Constitution and the state of California Constitution known as right to speedy trial. At no time has the plaintiff BAILEY been charged with a common law crime.

VIII

THIRD CAUSE OF ACTION

SAN DIEGO COUNTY district attorney DONNIE DUMANUS.

On the date of December 27, 2006 DONNIE DUMANUS Filed a false complaint on false contentions with the Superior Court of California County of San Diego East County Division for the purpose of intentional duress and false imprisonment.

WILLIAM KOLENDER did aid DONNIE DUMANUS in the false criminal action of people versus Bailey, Superior Court case number SCE267015 by false imprisonment and torture from December 09, 2006 inclusively to the date of June 15, 2007.

IX

FOURTH CAUSE OF ACTION

ALLEN J. PRECKEL Justice for THE STATE OF CALIFORNIA SUPERIOR COURT at the location of 250 Main Street, El Cajon California, did without cause and contrary to the California and U. S. Constitution, falsely convict Plaintiff Bailey of no crime.

On the date of June 05, 2007 intentionally and without contributing negligence by

1  Plaintiff Bailey, ALLEN J. PRECKEL imposed a sentence of punishment and a fine on
2  Plaintiff Bailey contrary to both California State and The United State Constitution.
3       This Mock Judge in a mock trial did not charge Plaintiff with any crime nor gave
4  Plaintiff a chance to respond to nor answer to the mock proceedings.
5       – The plaintiff repeats and re-alleges the allegations of paragraphs I-VIII, as
6  though set forth at length herein.
7       Plaintiff was defrauded, by false pretense, robbed of property, kidnaped, car
8  jacked, and tortured by all Defendants known and unknown. (Violations of Pen. C.§183.
9  Conspiracy and Pen. C. §§184; 186.2 (a)(9) &(13)&(14) &(16) &(25))   At all times
10 herein mentioned the Defendants, all, where and are responsible for all damages herein
11 complained of at the times and dates indicated. Plaintiff seeks forfeiture from all
12 defendants under Pen. C. §186.3. (Forfeiture of Criminal Profits).
13      Plaintiff, at no time, has been responsible for any damage, to Defendants, no
14 damage is attributed to Plaintiff by any means of any Defendant.  Plaintiff has not
15 contributed to the cause of damages sustained by Plaintiff.  Plaintiff has at no time
16 committed any crime, public offence or for any reason been cause for the criminal, civil
17 acts of Defendants herein complained.

18                                    X
19                       FIRST CLAIM FOR RELIEF
20     42 U.S.C. § 1983 - MONELL;  Plaintiff was damaged by all defendants as a result
21 of deprivation of Civil Rights Under Color of Law.  To include and not limited to
22 deprivation of Freedom and Property without Due Process. These are criminal acts
23 charge against Defendants all in violation of TITLE 18 United States Codes sections
24 241, 242 and 1201.
25                                   XI
26                       SECOND CLAIM FOR RELIEF
27     42 U.S.C. § 1983 False Arrest, False imprisonment and Assault.  Plaintiff, as has
28 been alleged, falsely arrested False imprisoned  by  Defendants  M. BEVAN and 15

Unknown police of El Cajon City the Constitution of the United States, particularly under the provisions of the Second, Fourth, Fifth, Eighth, and Fourteenth Amendments.

XII

THIRD CLAIM FOR RELIEF

42 U.S.C. § 1986 (c). The herein and above recited actions of Defendant(s), under color of law are responsible for "the unknown police deputies" that witness the civil rights violations and made no attempt to intervene or to prevent those crimes civil rights violations covered under Title 18 U.S.C. Chapter 13, §§ 241 and 242. Relief is sought under 18 U.S.C. §§ 1964 and 1965. These violations are a direct breach of duty. The result is that of which deprived Plaintiff of rights, privileges and immunities secured to him by the Constitution and laws of the United States, guaranteed by the Fifth and Fourteenth Amendment to the Constitution: his right to privacy reserved and retained under the Ninth and Tenth Amendments to the Constitution; and his right to the equal protection, of the laws guaranteed under the Fourteenth Amendment to the Constitution.

XIII

FOURTH CLAIM FOR RELIEF

42 U.S.C. § 1983. Excessive Force. Because of this malice conduct, by the defendants, all, for lack of cause. Bailey (P) has sustained damages by loss of his freedom, property, loss of continued usage of his property and loss of business.

At no time has plaintiff done harm to any defendant, nor to any person, nor to any property. The plaintiff has at no time demonstrated disrespect for any person, property or creature. The plaintiff is now and has always been a model citizen. The plaintiff has always respected the law and the people that enforce the law. The plaintiff has never conducted his self in a rude or abusive manner. The plaintiff has never spoken ill of others.

Because of the false reports and omissions by the defendants, directed at plaintiff, and because of the public display of the defendants, portraying the plaintiff as a criminal, the plaintiff will continue to suffer significant and substantial humiliation,

1 embarrassment and mental suffering as a result of Defendant's conduct.

## XIV

## FIFTH CLAIM FOR RELIEF

Constitution of The State of California, Article I Section One. The defendants are in violation of the Constitution of California and is recoverable under one or more of the California Civil Code § 52.1  The above actions of defendants, and each of them, violated civil rights protected by the U.S. and California Constitutions, and guaranteed by C.C. § 52.1.

## XV

## SIXTH CLAIM FOR RELIEF

Plaintiff seeks relief of damages from the State of California for breach of contract and is real party respondent superior for California Highway Patrol whom witnesses the felonies committed by El Cajon City Police.

Plaintiff seeks relief of damages from the San Diego County as real party respondent superior for the District Attorney in the malicious prosecution of plaintiff. The County of San Diego as respondent superior under the provisions of the Annotated California Codes; Government §§ 811.2; 811.4; 815.2; 820; and 825, and particularly under the Annotated California Code section 945.

1. Plaintiff charges all the Defendants with the violation of the plaintiffs civil rights by maintaining, enforcing , tolerated and applied a custom, policy and practice of:

a. Detaining and/or arresting people without reasonable or probable cause.

b. Subjecting plaintiff to unnecessary, unreasonable and excessive force;

c. Failing to discipline officers who engage in the use of excessive or unreasonable force;

d. Failing to supervise and control officers known, or who reasonably should have been known, to have used unreasonable force;

e. Assigning officers known, or who reasonably should have been known, to have violent propensities to duties which enable such officers to continue to use unnecessary

1 | force;

2 |  f. Conducting or failing to conduct investigations of reported officer misconduct
3 | in such a manner as to conceal officer culpability;

4 |  g. Fostering and tolerating a code of silence among the ranks such that officer
5 | misconduct is allowed to go unpunished and continue, even though witnessed by other
6 | officers;

7 |  h. Operating the El Cajon City Police Department and San Diego County Sheriff
8 | Department as if it were a para-military organization, thereby promoting attitudes and
9 | conduct among the administration and rank and file inconsistent with a civilian police
10 | force, thereby depriving members of the public, including plaintiffs, of rights secured by
11 | the first fourth and fourteenth amendments to the United States Constitution.

## XVI

## INJUNCTIVE RELIEF

F.R.Civ.P. #65. Plaintiff request that the entitled court grant PERMANENT INJUNCTIVE RELIEF that prevents the defendants in any way, reporting any and all information connected with this action or any illegal information suggesting bad history of the plaintiff to any other person or organization, or electrical data storage devise.

Plaintiff request that the entitled court grant PERMANENT INJUNCTIVE RELIEF that prevents the California Superior Court from further damages against Plaintiff by the judgment and fines levied in the criminal case of: __SCE267015__.

## XVII

## REQUEST TO AMEND

Plaintiff, request that permission to amend complaint be granted upon the discovery of The TRUE NAMES OF THE UNKNOWN DEPUTIES; THE DIRECT SUPERVISORS; and any additional defendants that come to light through discovery.

## PRAYER

WHEREFORE, Plaintiff demands judgment:

1. For cost of damages to vehicle at $10,999.00.

2. Awarding Plaintiff general and special damages for cost of VEHICLE substitution, 187 days at $75.00/day. Total $14,025.00.

3. Loss of freedom; $250,000.00

4. Cost of criminal defense in the action Superior Court for California; People v. Bailey Case No. SCE267015; damages are still on going;

5. Deletion of criminal action Case No. SCE267015 from Superior Court for California; *People v. Bailey*;

6. For the cost of this action and the cost of this Court, to include attorney fees.

7. For punitive and exemplary damages of One Million two hundred thousand Dollars ($1,200,000.00) from each individual defendant as their role in the criminal acts of malice toward the Plaintiff.

8. For other and further relief as is just.

9. Loss of business, 187 days at $350.00/hour; total $1,570,800.00.

DATED this, _31_ day of _October_ 2007.

_____/s/ Russo Bailey_____
Russo BAILEY PRO SE

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury on all issues triable to a jury, PROVIDED BY THE VII AMENDMENT OF THE CONSTITUTION, and F.R.Civ.P. #38 AND #39.

DATED this _31_ day of _October_ 2007.

_____/s/ Russo Bailey_____
Russo BAILEY PRO SE

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**
Russo Bailey

**DEFENDANTS** Estate of California Department of Justice, Allen J. Preckel (Judge), City of El Cajon, M. Bevan, San Diego County, Bonnie Dumanus, William Kolender, 25 unknown police & Sheriff Deputies

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** SAN DIEGO
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Russo Bailey Pro Se
864 N. 2nd St. #138, El Cajon, CA 92021
Telephone (619) 504-5682

**ATTORNEYS (IF KNOWN)**
'07 CV 2090 JM (BLM)

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
42 USCA §§ 1983, 1985 & 1986 (c) civil Rights violation damages; loss of property, freedom, substitution.

**V. NATURE OF SUIT** (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury—Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury—Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights / ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | / ☐ 550 Other | | | |

**VI. ORIGIN** (PLACE AN x IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23
**DEMAND $** 29,000,000.00
Check YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____ DOCKET NUMBER _____

**DATE** October 31, 2007
**SIGNATURE OF ATTORNEY OF RECORD** Russo Bailey

UNITED STATES DISTRICT COURT