Russo Bailey
864 N. 2nd Street #138
El Cajon CA 92021
Telephone (619)504-5682

FILED
07 OCT 31 PM 2:53
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

'07 CV 2090 JM (BLM)

| | |
|---|---|
| RUSSO BAILEY,<br>Plaintiff,<br>vs.<br>STATE OF CALIFORNIA DEPARTMENT OF JUSTICE,<br>ALLEN J. PRECKEL,<br>CITY OF EL CAJON, M. BEVAN,<br>SAN DIEGO COUNTY,<br>DONNIE DUMANUS,<br>WILLIAM, KOLENDER,<br>25 Unknown police and sheriff deputies,<br>Defendants. | CIVIL No._____<br><br>REQUEST TO PROCEED IN FORMA PAUPERS<br><br>28 U.S.C. § 1915<br>42 U.S.C. § 2000e-5 (f)(1) |

Plaintiff, Russo Bailey, hereby request leave, pursuant to 28 U.S.C. § 1915 and 42 U.S.C. 2000e-5 (f)(1), to proceed in this case in forma paupers.

The attached Declaration is offered in support of this request. This action is based Title 18

IN FORMA PAUPERS

1

1  U.S.C. §§ 1201 (kidnap); 241 (conspiracy to violate civil rights); and 242 (violation of civil
2  rights).  Relief is based on the Title 42 U.S.C. §§ 1983, 1985, and 1986 (c).  (Misconduct of
3  police officers under color of authority).
4      I further request that the U.S. Marshal perform service of summons and complaint on
5  defendants.
6      Respectfully submitted this 31 day of October 2007.

8  Russo Bailey Pro se  /s/ Russo Bailey

IN FORMA PAUPERS

2