1

2  Russo Bailey
3  864 N. 2nd Street #138
   El Cajon CA 92021
   Telephone (619)504-5682
4

FILED
OCT 31 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

5

6

7

8

9
                    UNITED STATES DISTRICT COURT
10                            for the
                    SOUTHERN DISTRICT OF CALIFORNIA
11

12

13

14
                                          '07 CV   2090 JM   (BLM)
15

16  Russo BAILEY,                          CIVIL No._____
                    Plaintiff,
17      vs.                                DECLARATION IN SUPPORT OF
    STATE OF CALIFORNIA                    REQUEST OF IN FORMA
18  DEPARTMENT OF JUSTICE,                 PAUPERS
    ALLEN J. PRECKEL,
19  CITY OF EL CAJON, M. BEVAN,            28 U.S.C. § 1915
    SAN DIEGO COUNTY,
20  DONNIE DUMANUS,
    WILLIAM, KOLENDER,
21   25 Unknown police and sheriff deputies,
                    Defendants.            42 U.S.C. § 2000e-5
22                                         (f)(1)

23
        I, Russo Bailey, hereby declare that in support of my pleading to proceed in the above
24
    entitled case without being required to prepay fees, cost, or give security therefor, I state that
25
    because of my poverty I am unable to pay the costs of said proceeding or to give security
26

27
                                                              IN FORMA PAUPERS
28                                      3

1  <u>No real estate, no stocks, no bonds nor notes.</u>

2  5.      List the persons who are dependant upon you for support, state your relationship to

3  those persons, and indicate how much you contribute toward their support:  <u>I do not supply</u>

4  <u>any person with any form of support.  Those persons that can vouch for my poverty are</u>

5  <u>family member as follows:</u>

6  ///

7  Lorin Bailey (father)
   138 Clinton St.
8  Roseville, CA. 95678

9  I declare (or certify, verify, or state) under penalty of

10 perjury that the foregoing is true and correct.

11 Respectfully submitted this 31 day of October 2007.

13 

14 Russo Bailey Pro se

IN FORMA PAUPERS

5