# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSO BAILEY <br><br> Plaintiff, <br> vs. <br> STATE OF CALIFORNIA, et al. <br><br> Defendants. | CASE NO. 07cv2090 JM(BLM) <br><br> ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |

Plaintiff moves to proceed in forma pauperis in prosecuting his civil rights complaint. Plaintiff declares that his only source of income is Social Security ands S.S.I. He also declares that he does not possess any significant asset or other source of income. Accordingly, the motion to proceed in forma pauperis under 28 U.S.C. §1915 is granted and the U.S. Marshal is instructed to effectuate service.

**IT IS SO ORDERED.**

DATED: November 6, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All parties

- 1 -

07cv2090