DARLENE A. DORNAN, Court Counsel (State Bar No. 182228)
Superior Court of California, County of San Diego
By CHERYL L. BRIERTON, Litigation Attorney (State Bar No. 108242)
220 West Broadway
San Diego, California  92101
Telephone: (619) 531-3036
Facsimile: (619) 685-6606

Attorneys for Defendant, The Honorable Allan J. Preckel, Judge of the Superior
    Court of California, County of San Diego

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSO BAILEY,<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF JUSTICE, ALLEN J. PRECKEL, ET AL.,<br><br>        Defendants. | Case No. 07-CV-02090 JM (BLM)<br><br>DEFENDANT JUDGE PRECKEL'S NOTICE OF MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE<br><br>**[No Oral Argument Requested]**<br><br>Date  :  February 1, 2008<br>Time  :  1:30 p.m.<br>Crtrm :  16 (5th Floor)<br>Judge :  The Honorable Jeffrey T. Miller |

    TO PLAINTIFF RUSSO BAILEY IN PRO SE:

    PLEASE TAKE NOTICE that on February 1, 2008, at 1:30 p.m., in Courtroom 16, on the Fifth floor of the United States District Court for the Southern District of California, located at 940 Front Street, San Diego, California 92101, before the Honorable Jeffrey T. Miller, Defendant The Honorable Allan J. Preckel, Judge of the Superior Court of California, County of San Diego, will move to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure ("FRCP") rules 12(b)(1), 12(b)(2), 12(b)(5) and 12(b)(6), on the following grounds:

1. FRCP 12(b)(1) ("lack of jurisdiction over the subject matter")--This Court lacks jurisdiction over the subject matter of this action based upon state sovereign immunity; the *Rooker-Feldman* abstention doctrine, that a federal court lacks the authority to review a state court decision;

2. FRCP 12(b)(6) ("failure to state a claim upon which relief can be granted")--The Complaint fails to state a claim for which relief can be granted against the moving Defendant based upon the principle of judicial immunity, because Plaintiff's claims under 42 U.S.C § 1983 are barred by *Heck v. Humphrey*; because Plaintiff fails to state a claim under California Civil Code Section 52.1 and Plaintiff cannot state a claim for conspiracy;

3. FRCP 12(b)(2) ("lack of jurisdiction over the person")--This Court lacks jurisdiction over Defendant based upon the principle of sovereign immunity of the State; and

4. FRCP 12(b)(5) ("insufficiency of service of process")--Plaintiff failed to effect proper service of the summons and complaint on Defendant Judge Preckel.

The Motion to Dismiss will be based on this Notice, on the Memorandum of Points and Authorities filed herewith, and on the Request for Judicial Notice of Exhibits A-E (filed herewith), and Declaration of Cheryl L. Brierton (filed herewith), on the pleadings and other papers filed herein and on such argument that may be presented at the hearing hereon.

Respectfully submitted,

DARLENE A. DORNAN, Court Counsel
Superior Court of California, County of San Diego

DATED:
December 28, 2007

By: ___s/ Cheryl L. Brierton_____
CHERYL L. BRIERTON, Litigation Attorney
Attorney for Defendant, The Honorable Allan J. Preckel, Judge of the Superior Court of California, County of San Diego