DARLENE A. DORNAN, Court Counsel (State Bar No. 182228)
Superior Court of California, County of San Diego
By CHERYL L. BRIERTON, Litigation Attorney (State Bar No. 108242)
220 West Broadway
San Diego, California  92101
Telephone: (619) 531-3036
Facsimile: (619) 685-6606

Attorneys for Defendant, The Honorable Allan J. Preckel, Judge of the Superior
      Court of California, County of San Diego

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSO BAILEY,<br><br>            Plaintiff,<br><br>      v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF JUSTICE, ALLEN J. PRECKEL, ET AL.,<br><br>            Defendants. | Case No. 07-CV-02090 JM (BLM)<br><br>DEFENDANT JUDGE PRECKEL'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE<br><br>**[No Oral Argument Requested]**<br><br>Date  : February 1, 2008<br>Time  : 1:30 p.m.<br>Crtrm : 16 (5th Floor)<br>Judge : The Honorable Jeffrey T. Miller |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  Defendant, The Honorable Allan J. Preckel, Judge of the Superior Court of California, County of San Diego ("California Court"), hereby requests notice of the following exhibits (see Fed. R. of Evid. 201; and e.g., *Henson v. CSC Cred. Servs.*, 29 F.3d. 280 (7th Cir. 1994) [District Court properly considered public court documents filed in earlier state court case in deciding defendants' motion to dismiss, since district court may take judicial notice of matters of public record without converting rule 12(b)(6) motion into motion for summary judgment]; *In re Phillips*, 593 F.2d. 356 (8th Cir. 1979) [Bankruptcy judge did not err in taking judicial notice of state court petition against bankrupt in order to determine nature of debt created by resulting default judgment against bankrupt]; *Schweitzer v. Scott*, 469 F.Supp. 1017 (C.D. Cal. 1979) [court is empowered to take judicial notice of court files and records]).  There is "ample authority . . . which recognizes that matters of public record, including court records in related or underlying cases which have a direct relation to the matters at issue, may be looked to when ruling on a 12(b)(6) motion to dismiss." *Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach (In re American Continental Corporation/Lincoln S&L Secs. Litig.)*, 102 F.3d 1524, 1537 (9th Cir. 1996), rev'd on other grounds, 523 U.S. 26, 140 L. Ed. 2d 62, 118 S. Ct. 956 (1998).

Exhibit A:  Complaint in *Russo Bailey v. State of California Department of Justice, Allen J. Preckel, et al.* , United States District Court, Southern District of California, Case No. 07-cv-2090 JM (BLM), filed October 31, 2007;

Exhibit B:  Minutes of May 17, 2007 in *People v. Russell Lorin Bailey*, California Court Case No. SCE267015;

Exhibit C:   Minutes of June 15, 2007 in *People v. Russell Lorin Bailey*, California Court Case No. SCE267015;

Exhibit D:   California Court of Appeal Docket No. D051309 as printed on December 20, 2007, *The People v. Bailey*;

Exhibit E:   California Court of Appeal Docket No. D052036 as printed on December 20, 2007, *In Re Russo Bailey on Habeas Corpus.*

                     Respectfully submitted,

                     DARLENE A. DORNAN, Court Counsel
                     Superior Court of California, County of San Diego

DATED:               By: ___s/ Cheryl L. Brierton_____
                              CHERYL L. BRIERTON, Litigation Attorney
December 28 , 2007        Attorney for Defendant, The Honorable Allan J. Preckel, Judge of the Superior Court of California, County of San Diego