DARLENE A. DORNAN, Court Counsel (State Bar No. 182228)
Superior Court of California, County of San Diego
By CHERYL L. BRIERTON, Litigation Attorney (State Bar No. 108242)
220 West Broadway
San Diego, California  92101
Telephone: (619) 531-3036
Facsimile: (619) 685-6606

Attorneys for Defendant, The Honorable Allan J. Preckel, Judge of the Superior
        Court of California, County of San Diego

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSO BAILEY,<br><br>             Plaintiff,<br><br>       v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF JUSTICE, ALLEN J. PRECKEL, ET AL.,<br><br>             Defendants. | Case No. 07-CV-02090 JM (BLM)<br><br>DECLARATION IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE ON DEFENDANT JUDGE PRECKEL'S MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE<br><br>**[No Oral Argument Requested]**<br><br>Date   :   February 1, 2008<br>Time   :   1:30 p.m.<br>Crtrm  :   16 (5th Floor)<br>Judge  :   The Honorable Jeffrey T. Miller |

   1.     I am a licensed attorney employed by the Superior Court of California, County of San Diego ("California Court").  I am licensed to practice law in the State of California and have also been admitted to practice before the Courts of Appeals for the Ninth and the Federal Circuits, and before the Southern, Central and Eastern Districts of California.  I have personal knowledge of the matters stated herein and if called as a witness, I would competently testify thereto.

   2.     Attached to the Request for Judicial Notice as Exhibit A is a true and correct copy of the following document as printed from Pacer:  Complaint in *Russo*

*Bailey v. State of California Department of Justice*, *Allen J. Preckel, et al.*, United States District Court, Southern District of California, Case No. 07-cv-2090 JM (BLM), filed October 31, 2007;

3. Attached to the Request for Judicial Notice is a true and correct copy of Exhibit B: Minutes of May 17, 2007 in *People v. Russell Lorin Bailey*, California Court Case No. SCE267015;

4. Attached to the Request for Judicial Notice is a true and correct copy of Exhibit C: Minutes of June 15, 2007 in *People v. Russell Lorin Bailey*, California Court Case No. SCE267015;

5. Attached to the Request for Judicial Notice is a true and correct copy of Exhibit D: California Court of Appeal Docket No. D051309 as printed on December 20, 2007, *The People v. Bailey*;

6. Attached to the Request for Judicial Notice is a true and correct copy of Exhibit E: California Court of Appeal Docket No. D052036 as printed on December 20, 2007, *In Re Russo Bailey on Habeas Corpus.*

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of December 2007, in San Diego, California.

                                    ___s/ Cheryl L. Brierton_____
                                    CHERYL L. BRIERTON, Litigation Attorney