# EXHIBIT TABLE OF CONTENTS

Page

EXHIBIT A    Complaint in *Russo Bailey v. State of California Department of Justice*, *Allen J. Preckel, et al.* , United States District Court, Southern District of California, Case No. 07-cv-2090 JM (BLM), filed October 31, 2007…………………………….. A.1

EXHIBIT B    Minutes of May 17, 2007 in *People v. Russell Lorin Bailey*, California Court Case No. SCE267015……………………… B.1

EXHIBIT C    Minutes of June 15, 2007 in *People v. Russell Lorin Bailey*, California Court Case No. SCE267015................................... C.1

EXHIBIT D    California Court of Appeal Docket No. D051309 as printed on December 20, 2007, *The People v. Bailey*……………….. D.1

EXHIBIT E    California Court of Appeal Docket No. D052036 as printed on December 20, 2007, *In Re Russo Bailey on Habeas Corpus*.……………………………………………………….. E.1

**EXHIBIT A**

1  Russo Bailey Pro se
   864 N. 2nd. Street #138
2  El Cajon, CA 92021
   Telephone (619)504-5682

FILED

07 OCT 31  PM 2:53

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____        DEPUTY

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

Russo Bailey                          CIVIL No. 07 CV 2090 JM (BLM)
                 Plaintiff;
                                      COMPLAINT FOR DAMAGES;
      Vs                              CIVIL RIGHTS VIOLATIONS;
                                      DEMAND JURY TRIAL
STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE,                42 U.S.C.A. §§ 1983, 1985, and
ALLEN J. PRECKEL,                     1986 (c), 28 U.S.C. § 1331
CITY OF EL CAJON, M. BEVAN,           F.R.Civ.P. #38 and #39.
SAN DIEGO COUNTY,
DONNIE DUMANUS,
WILLIAM, KOLENDER,
25 Unknown police and sheriff deputies,
                 Defendants.

Plaintiff, Russo Bailey, in pro per, complains and alleges:

I

JURISDICTION OF PARTIES

   The Plaintiff, Russo Bailey, is a citizen of the United States of America and a

resident of El Cajon, California.

II

   The Defendant, M. BEVAN, and 25 unknowns as individuals, are at all times

herein mentioned are believed to be duty appointed, employed and acting POLICE

deputies and officers of The CITY OF EL CAJON Police.  The CITY OF EL CAJON is

A.1

1   at all times herein known to be a "Public Entity," chartered under the State of California

2   and is the RESPONDENT SUPERIOR. And part of the SOUTHERN DISTRICT OF

3   CALIFORNIA. DEPARTMENT OF JUSTICE FOR THE  STATE OF CALIFORNIA

4   holds court in the name of The State of California.  ALLEN J. PRECKEL, Presides as

5   judge for the State of California Judiciary and is a resident of the SOUTHERN

6   DISTRICT OF CALIFORNIA,  SAN DIEGO COUNTY is a "Public Entity," within  the

7   SOUTHERN DISTRICT OF CALIFORNIA.  DONNIE DUMANUS, is the district

8   attorney for SAN DIEGO COUNTY.  WILLIAM KOLENDER, is the Sheriff for the

9   SAN DIEGO COUNTY part of the SOUTHERN DISTRICT OF CALIFORNIA and

10  resides in the same SOUTHERN DISTRICT OF CALIFORNIA

11                                        III

12          Each of the acts alleged herein were done by the Police Defendants under the

13  color and pretense of his/her authority and position as an employee and are being sued as

14  individuals. The City of El Cajon is responsible for the Plaintiffs's losses and damages of

15  it's police officers.  Each of the acts alleged herein that were done by the

16  DEPARTMENT OF JUSTICE FOR THE  STATE OF CALIFORNIA, involved 5

17  unknown justices within public domains and within the Southern District of California.

18  Plaintiff has made claim by U.S. Postal mail and in person, to ALL defendants and was

19  rejected or ignored.

20                                        IV

21          This action involves a federal question arising under the Constitution of the

22  United States, particularly under the provisions of the First, Fourth, Fifth, Seventh,

23  Eighth, and Fourteenth Amendments. This action involves a federal question against the

24  State of California Judiciary arising under the Constitution of the United States Article

25  VI. section two that are bound to support the Constitution of United States.  This Court

26  has jurisdiction over the All Claims for Relief pursuant to Title 28, United States Code,

27  §1331., and under the authority UNITED STATES CONSTITUTION ARTICLE III.

28  JUDICIAL DEPARTMENT SECTION 2., "...between a State, or the citizens thereof,..."

A.2

1   and the case of *Hughes v. Swinehart*, D.C.Pa.1974, 376 F.Supp. 650.

2   V

3   VENUE

4   Venue exists in the District of Southern California pursuant to Title 18 United

5   States Code, § 1391 (b).

6   VI

7   ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF

8   FIRST CAUSE OF ACTION

9   On the date of December 08, 2006 the Defendant M. BEVAN and 15 Unknown

10  CITY OF EL CAJON Police did without legal cause, falsely arrested Plaintiff while

11  Plaintiff was legally parked in a public business parking lot for vehicles in the CITY OF

12  EL CAJON in the County of San Diego, California.

13  Plaintiff did telephone the CALIFORNIA EMERGENCY number "911" and a

14  CALIFORNIA Highway Patrol Employee did respond. This CALIFORNIA Highway

15  Patrol Employee refused to arrest the CITY OF EL CAJON Police as they actively

16  vandalized Plaintiff's vehicle and the felonious kidnaping of Plaintiff by the EL CAJON

17  Police.

18  Defendant M. BEVAN and 15 Unknown CITY OF EL CAJON Police did,

19  kidnap with malicious intent, and illegally took plaintiff's personal property. Defendant

20  M. BEVAN and 15 Unknown CITY OF EL CAJON Police did intentionally damaged

21  the personal property of the plaintiff before and after the intentional kidnap and false

22  imprisoned of the plaintiff.

23  Defendant M. BEVAN and 15 Unknown police and the CITY OF EL CAJON

24  did cause financial and emotional duress. Defendant M. BEVAN and 15 Unknown

25  police and the CITY OF EL CAJON did carjack (Pen. C. §§ 209.5 and 215 felonies)

26  Plaintiff's motor vehicle and was committed with the aid of firearms. Defendant M.

27  BEVAN and 15 Unknown CITY OF EL CAJON Police did intentionally attempt to

28  murder Plaintiff with explosives and poison gas (Pen. C. §375 (a) and (d), felony).

- 3 -

A.3

VII

## SECOND CAUSE OF ACTION

DEPARTMENT OF JUSTICE FOR THE STATE OF CALIFORNIA

ALLEN J. PRECKEL and five unknown Judges conspired to deprive Plaintiff of His Constitutional Rights.

On the date of December 13, 2006 the state of California, Department of justice, falsely and with malicious intent, denied plaintiff of His freedom.

On the date of December 13, 2006 the State of California falsely accused plaintiff with Penal Code12025(a)(1) and Penal Code 12031(a)(1) in violation of Plaintiff civil rights guaranteed by the United States Constitution and the state of California Constitution known as right to speedy trial. At no time has the plaintiff BAILEY been charged with a common law crime.

VIII

## THIRD CAUSE OF ACTION

SAN DIEGO COUNTY district attorney DONNIE DUMANUS.

On the date of December 27, 2006 DONNIE DUMANUS Filed a false complaint on false contentions with the Superior Court of California County of San Diego East County Division for the purpose of intentional duress and false imprisonment.

WILLIAM KOLENDER did aid DONNIE DUMANUS in the false criminal action of people versus Bailey, Superior Court case number SCE267015 by false imprisonment and torture from December 09, 2006 inclusively to the date of June 15, 2007.

IX

## FOURTH CAUSE OF ACTION

ALLEN J. PRECKEL Justice for THE STATE OF CALIFORNIA SUPERIOR COURT at the location of 250 Main Street, El Cajon California, did without cause and contrary to the California and U. S. Constitution, falsely convict Plaintiff Bailey of no crime.

On the date of June 05, 2007 intentionally and without contributing negligence by

- 4 -

A.4

1  Plaintiff Bailey,  ALLEN J. PRECKEL imposed a sentence of punishment and a fine on

2  Plaintiff Bailey contrary to both California State and The United State Constitution.

3       This Mock Judge in a mock trial did not charge Plaintiff with any crime nor gave

4  Plaintiff a chance to respond to nor answer to the mock proceedings.

5       – The plaintiff repeats and re-alleges the allegations of paragraphs I-VIII, as

6  though set forth at length herein.

7       Plaintiff was defrauded, by false pretense, robbed of property, kidnaped, car

8  jacked, and tortured by all Defendants known and unknown. (Violations of Pen. C.§183.

9  Conspiracy and Pen. C. §§184; 186.2 (a)(9) &(13)&(14) &(16) &(25))  At all times

10  herein mentioned the Defendants, all, where and are responsible for all damages herein

11  complained of at the times and dates indicated. Plaintiff seeks forfeiture from all

12  defendants under Pen. C. §186.3. (Forfeiture of Criminal Profits).

13       Plaintiff, at no time, has been responsible for any damage, to Defendants, no

14  damage is attributed to Plaintiff by any means of any Defendant.  Plaintiff has not

15  contributed to the cause of damages sustained by Plaintiff.  Plaintiff has at no time

16  committed any crime, public offence or for any reason been cause for the criminal, civil

17  acts of Defendants herein complained.

18                                   X

19                       FIRST CLAIM FOR RELIEF

20       42 U.S.C. § 1983 - MONELL;  Plaintiff was damaged by all defendants as a result

21  of deprivation of Civil Rights Under Color of Law.  To include and not limited to

22  deprivation of Freedom and Property without Due Process. These are criminal acts

23  charge against Defendants all in violation of TITLE 18 United States Codes sections

24  241, 242 and 1201.

25                                  XI

26                      SECOND CLAIM FOR RELIEF

27       42 U.S.C. § 1983 False Arrest, False imprisonment and Assault.  Plaintiff, as has

28  been alleged, falsely arrested False imprisoned  by  Defendants M. BEVAN and 15

                                  - 5 -

A.5

1  Unknown police of El Cajon City  the Constitution of the United States, particularly

2  under the provisions of the Second, Fourth, Fifth, Eighth, and Fourteenth Amendments.

3                                         XII

4                          THIRD CLAIM FOR RELIEF

5          42 U.S.C. § 1986 (c). The herein and above recited actions of Defendant(s), under

6  color of law are responsible for "the unknown police deputies" that witness the civil

7  rights violations and made no attempt to intervene or to prevent those crimes civil rights

8  violations covered under Title 18 U.S.C. Chapter 13, §§ 241and 242.  Relief is sought

9  under 18 U.S.C. §§ 1964 and 1965.  These violations are a direct breach of duty.  The

10  result is that of which deprived Plaintiff of rights, privileges and immunities secured to

11  him by the Constitution and laws of the United States, guaranteed by the Fifth and

12  Fourteenth Amendment to the Constitution: his right to privacy reserved and retained

13  under the Ninth and Tenth Amendments to the Constitution; and his right to the equal

14  protection, of the laws guaranteed under the Fourteenth Amendment to the Constitution.

15                                        XIII

16                         FOURTH CLAIM FOR RELIEF

17          42 U.S.C. § 1983. Excessive Force. Because of this malice conduct, by the

18  defendants, all, for lack of cause. Bailey (P) has sustained damages by loss of his

19  freedom, property, loss of continued usage of his property and loss of business.

20          At no time has plaintiff done harm to any defendant, nor to any person, nor to any

21  property. The plaintiff has at no time demonstrated disrespect for any person, property or

22  creature.  The plaintiff is now and has always been a model citizen.  The plaintiff has

23  always respected the law and the people that enforce the law. The plaintiff has never

24  conducted his self in a rude or abusive manner.  The plaintiff has never spoken ill of

25  others.

26          Because of the false reports and omissions by the defendants, directed at plaintiff,

27  and because of the public display of the defendants, portraying the plaintiff as a criminal,

28  the plaintiff will continue to suffer significant and substantial humiliation,

                                         - 6 -

A.6

1  embarrassment and mental suffering as a result of Defendant's conduct.

2                                    XIV

3                          FIFTH CLAIM FOR RELIEF

4          Constitution of The State of California, Article I Section One. The defendants are

5  in violation of the Constitution of California and is recoverable under one or more of the

6  California Civil Code § 52.1  The above actions of defendants, and each of them,

7  violated civil rights protected by the U.S. and California Constitutions, and guaranteed

8  by C.C. § 52.1.

9                                    XV

10                         SIXTH CLAIM FOR RELIEF

11  Plaintiff seeks relief of damages from the State of California for breach of contract

12  and is real party respondent superior for California Highway Patrol whom witnesses the

13  felonies committed by El Cajon City Police.

14          Plaintiff seeks relief of damages from the San Diego County as real party

15  respondent superior for the District Attorney in the malicious prosecution of plaintiff.

16  The County of San Diego as respondent superior under the provisions of the Annotated

17  California Codes; Government §§ 811.2; 811.4; 815.2; 820; and 825, and particularly

18  under the Annotated California Code section 945.

19          1. Plaintiff charges all the Defendants with the violation of the plaintiffs civil

20  rights by maintaining, enforcing , tolerated and applied a custom, policy and practice of:

21          a. Detaining and/or arresting people without reasonable or probable cause.

22          b. Subjecting plaintiff to unnecessary, unreasonable and excessive force;

23          c. Failing to discipline officers who engage in the use of excessive or

24  unreasonable force;

25          d. Failing to supervise and control officers known, or who reasonably should have

26  been known, to have used unreasonable force;

27          e. Assigning officers known, or who reasonably should have been known, to have

28  violent propensities to duties which enable such officers to continue to use unnecessary

A.7

1   force;

2   f. Conducting or failing to conduct investigations of reported officer misconduct

3   in such a manner as to conceal officer culpability;

4   g. Fostering and tolerating a code of silence among the ranks such that officer

5   misconduct is allowed to go unpunished and continue, even though witnessed by other

6   officers;

7   h. Operating the El Cajon City Police Department and San Diego County Sheriff

8   Department as if it were a para-military organization, thereby promoting attitudes and

9   conduct among the administration and rank and file inconsistent with a civilian police

10  force, thereby depriving members of the public, including plaintiffs, of rights secured by

11  the first fourth and fourteenth amendments to the United States Constitution.

12                          XVI

13                    INJUNCTIVE RELIEF

14  F.R.Civ.P. #65. Plaintiff request that the entitled court grant PERMANENT

15  INJUNCTIVE RELIEF that prevents the defendants in any way, reporting any and all

16  information connected with this action or any illegal information suggesting bad history

17  of the plaintiff to any other person or organization, or electrical data storage devise.

18  Plaintiff request that the entitled court grant PERMANENT INJUNCTIVE

19  RELIEF that prevents the California Superior Court from further damages against

20  Plaintiff by the judgment and fines levied in the criminal case of:  SCE267015.

21                          XVII

22                    REQUEST TO AMEND

23  Plaintiff, request that permission to amend complaint be granted upon the

24  discovery of The TRUE NAMES OF THE UNKNOWN DEPUTIES; THE DIRECT

25  SUPERVISORS; and any additional defendants that come to light through discovery.

26                          PRAYER

27  WHEREFORE, Plaintiff demands judgment:

28  1. For cost of damages to vehicle at $10,999.00.

A.8

2. Awarding Plaintiff general and special damages for cost of VEHICLE substitution, 187 days at $75.00/day.  Total $14,025.00.

3. Loss of freedom; $250,000.00

4. Cost of criminal defense in the action Superior Court for California; People v. Bailey Case No. SCE267015; damages are still on going;

5. Deletion of criminal action Case No. SCE267015 from Superior Court for California; *People v. Bailey*;

6. For the cost of this action and the cost of this Court, to include attorney fees.

7. For punitive and exemplary damages of One Million two hundred thousand Dollars ($1,200,000.00) from each individual defendant as their role in the criminal acts of malice toward the Plaintiff.

8. For other and further relief as is just.

9. Loss of business, 187 days at $350.00/hour; total $1,570,800.00.

DATED this, _31_ day of _October_ 2007.

_Russo Bailey_

Russo BAILEY PRO SE


### DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury on all issues triable to a jury, PROVIDED BY THE VII AMENDMENT OF THE CONSTITUTION, and F.R.Civ.P. #38 AND #39.

DATED this _31_ day of _October_ 2007.

_Russo Bailey_

Russo BAILEY PRO SE

A.9

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. [SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.]

**I. (a) PLAINTIFFS**

Russo Bailey

**DEFENDANTS** State of California
Department of Justice, Allen J.
Preckel (Judge), City of El Cajon, M. Bevan,
San Diego County, PH2.53 Dumanus,
William (U.S. Dist Atorny, 25 unknown police & sheriff
Deputies SAN DIEGO

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   SAN DIEGO
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED
DEPUTY

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Russo Bailey   ProSe
864 N. 2nd St. El Cajon, CA #130
92021   Telephone (619) 504-5682

ATTORNEYS (IF KNOWN)

'07 CV 2090 JM (BLM)

**II. BASIS OF JURISDICTION** (PLACE AN × IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

42 USCA §§ 1983, 1985 & 1986 (c)  civil Rights violation
damages; loss of property, freedom, substitution.

**V. NATURE OF SUIT** (PLACE AN × IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury— Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | |

**VI. ORIGIN** (PLACE AN × IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
Appeal to District
☐ 7 Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23
DEMAND $  29,000,800.00
Check YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE  October 31, 2007

SIGNATURE OF ATTORNEY OF RECORD   Russo Bailey

UNITED STATES DISTRICT COURT

A.10

**EXHIBIT B**

SCE267015                                    0 0 0 8 1  MAY 17, 2007

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF SAN DIEGO**
El Cajon Division

DATE: 05-17-07    DEPT: 12        REPORTER: CYNTHIA DEPWEG    CSR#:3280

PRESENT: HON. ALLAN J. PRECKEL

CLERK: A. NARDUCCI

BAILIFF: R. DESROSIERS

REPORTERS' ADDRESS: P.O. BOX 128
SAN DIEGO, CA  92112-410

| CASE# SCE267015 | DDA# MAP46001 | |
|---|---|---|
| **People Of The State Of California,** | | |
| | **Plaintiff** | **by: KRISTIAN TROCHA** |
| V. | | |
| **RUSSELL LORIN BAILEY,** | **Defendant** | **by: PRO PER** |

8:30 A.M.  THIS BEING THE TIME PREVIOUSLY SET FOR **MOTIONS AND JURY TRIAL** IN THE ABOVE-ENTITLED CAUSE, DEPUTY DISTRICT ATTORNEY <u>KRISTIAN TROCHA</u> IS PRESENT ON BEHALF OF THE PEOPLE, DEFENDANT IS PRESENT, IN CUSTODY APPEARING PRO PER.

8:53 A.M.  FOR CLARIFICATION OF THE RECORD, THE COURT HAS THE DEFENDANT STATE HIS TRUE NAME AND CORRECT SPELLING OF HIS TRUE NAME.

8:56 A.M.  THE COURT DENIES THE DEFENDANT'S DEMURRER.  DEFENDANT'S MOTION TO DISMISS IS DENIED.  DEFENDANT'S REQUEST TO FILE PC 1538.5 MOTION IS DENIED.

8:58 A.M.  COURT AND COUNSEL DISCUSS DEFENDANT'S REQUEST FOR PEOPLE'S DISCOVERY.

9:09 A.M.  THE DEFENDANT STATES THAT HE DID NOT BRING THE DISCOVERY RECEIVED FROM THE PEOPLE.  THE COURT DIRECTS THE COURT CLERK TO MAKE COPIES OF THE PEOPLE'S DISCOVERY, AND THEN PROVIDE THE DEFENDANT WITH A COPY, AND RETAIN A COPY FOR THE COURT.

9:10 A.M.  THE COURT BIFURCATES THE PC12031(A) CONVICTION.  THE PEOPLE'S MOTION TO <u>DISMISS</u> THE ALLEGATION ATTACHED TO COUNT 2 PC12025(B)(6) IS <u>GRANTED.</u>

9:17 A.M. COURT AND COUNSEL DISCUSS THE PEOPLE'S PREVIOUS OFFER.

9:23 A.M.  COURT IS IN RECESS UNTIL 9:45 A.M.

B·1

SCE267015                                    0 0 0 8 2  MAY 17, 2007

9:45 A.M.  COURT IS AGAIN IN SESSION, ALL PARTIES PRESENT AS NOTED ABOVE.

THE FOLLOWING EXHIBIT(S) ARE MARKED FOR IDENTIFICATION ON BEHALF OF THE COURT.

1. **COURT POLICIES ETIQUETTE, DECORUM AND PROTOCOL.**
2. **COURT PROCEDURAL STIPULATIONS.**
3. **JUROR ADMONITIONS.**
4. **COPIES OF PEOPLE'S DISCOVERY.**

9:47 A.M.  COURT AND COUNSEL DISCUSS THE PEOPLE'S OFFER.  THE DEFENDANT STATES HE WISHES TO WITHDRAW HIS PREVIOUSLY ENTERED PLEA OF NOT GUILTY AND NOW PLEA GUILTY.

9:55 A.M.  COURT IS IN RECESS UNTIL 10:05 IN ORDER FOR DEFENDANT TO EXECUTE A CHANGE OF PLEA FORM.

10:09 A.M.  COURT IS AGAIN IN SESSION, ALL PARTIES PRESENT AS NOTED ABOVE.  THE COURT IS IN POSSESSION OF A CHANGE OF PLEA FORM.  THE DEFENDANT IS ADVISED OF HIS RIGHTS, WAIVES RIGHTS AND IS SWORN AND EXAMINED.  DEFENDANT WITHDRAWS NOT GUILTY PLEA AND NOW PLEADS GUILTY TO:

**COUNT 1 PC12025(A)(1), AND ADMITS ALLEGATION PC12025(B)(1).  ON THE MOTION OF THE PEOPLE, REMAINING COUNTS AND ALLEGATION ARE DISMISSED.**

10:15 A.M.  COUNSEL AND DEFENDANT STIPULATE TO THE PRELIMINARY TRANSCRIPT AS A FACTUAL BASIS OF PLEA.

PROBATION HEARING AND SENTENCING IS SET ON <u>FRIDAY JUNE 15, 2007 AT 8:30 A.M. IN DEPARTMENT 12.</u>  PROBATION DEPARTMENT TO PREPARE PRE-SENTENCE REPORT.

10:18 A.M.  THE COURT RELEASES COURT EXHIBIT'S 1 THROUGH 3, AND RETAINS EXHIBIT 4 FOR THE COURT FILE.

10:20 A.M.  COURT IS ADJOURNED.

**DEFENDANT TO REMAIN IN THE CUSTODY OF THE SHERIFF WITH $250, 000 BAIL. SHERIFFS DEPARTMENT IS ORDERED TO PRODUCE DEFENDANT ON FRIDAY JUNE 15, 2007 AT 8:30 A.M. IN DEPARTMENT 12 EL CAJON.**

B-2

**EXHIBIT C**

SCE267015 DA   MAP46C01     **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

☐ CENTRAL   ☐ NORTH   ☑ EAST   ☐ SOUTH

DATE 06-15-07   AT 08:30 M.    06460847    PROB HEAR-SENTENCING    00083

PRESENT: HON **ALLAN J. PRECKEL** , JUDGE PRESIDING   DEPARTMENT C12

T. mcPha·l 12544

CLERK (A) arducci    REPORTER Cynthia Deaves CSR# 3252

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

THE PEOPLE OF THE STATE OF CALIFORNIA   T. Trecha

VS.        DEPUTY DISTRICT ATTORNEY

**BAILEY    RUSSO    B**     P – PROPER

DEFENDANT      ATTORNEY FOR DEFENDANT (PD / APD / MCO / PCC / RETAINED)

VIOLATION OF **\*PC12025(A)(1)** Ct. 1     P.O. T Parke

ENH(S) PC12025(B)(1) Ct. 1     INTERP. _____ OATH ON FILE / SWN.

PRIOR(S) _____     LANGUAGE _____

---

**PREV**
DEFENDANT ☑ PRESENT ☐ NOT PRESENT ☐ NOT PRODUCED
☐ DEFENDANT ADVISED OF RIGHTS AND ADMITS / DENIES A VIOLATION OF PROBATION _____ WAIVES HEARING.
PROBATION IS / REMAINS: FORMALLY / SUMMARILY ☐ REVKD ☐ REINST ☐ MODIFIED ☐ CONT ☐ ST&C ☐ TERMD. ☐ EXT. TO: _____

**JUDGMENT**
☑ WAIVES ARRAIGNMENT ☑ ARRAIGNED FOR JUDGMENT. ☑ IMPOSITION / EXECUTION OF SENTENCE IS SUSPENDED.
☑ PROBATION IS: ☐ DENIED ☑ GRANTED **3** YEARS (FORMAL / SUMMARY) TO EXPIRE 6/14/10 6-14-10 ☐ CONVERTS TO SUMM. PROB.
☑ COMMITMENT TO SHERIFF FOR **283** DAYS. STAYED TO _____ / PNDG. SUCC. COMPL. OF PROB. PAROLE NOT TO BE GRANTED.
☐ PERFORM _____ ☐ DAYS PSP. ☐ HOURS VOL. WORK AT NONPROFIT ORG. SUBMIT PROOF TO PROBATION / COURT BY _____
☑ 4TH AMENDMENT WAIVER ☑ IMPOSED / REMAINS IN EFFECT. / DELETED. ☐ PROTECTIVE ORDER: ISSUED. / REMAINS IN EFFECT. / MODIFIED. / DELETED.
☐ FURTHER CONDITIONS ARE SET FORTH IN PROBATION ORDER. WORK FURLOUGH, REPORT: _____ TO 551 S. 35TH ST. SAN DIEGO AT 8:00 A.M.
☐ **DEFT. IS COMMITTED TO THE DEPT. OF CORRECTIONS & REHABILITATION** ☐ PER PC 1170(d). ☐ DIVISION OF JUVENILE JUSTICE ☐ PER WI 1737
☐ FOR _____ LOWER / MIDDLE / UPPER / INDETERMINATE TERM OF _____ YEARS / MONTHS / TO LIFE
ON COUNT _____ CODE & NO. _____ ☐ PRINCIPAL COUNT. ☐ STIPULATED SENTENCE
☐ DEFENDANT SENTENCED PER PC 667(b)-(i)/1170.12. ☑ NOTICE OF FIREARMS PROHIBITION GIVEN PER PC 12021.
☐ NO VISITATION PER PC 1202.05. VICTIM IS UNDER 18 YRS. OF AGE. DA TO COMPLY WITH NOTICES.
☐ DEFT. ADVISED RE: PAROLE / APPEAL RIGHTS. ☑ **DEFT. TO REGISTER** ☐ PC 290 ☐ HS 11590 ☐ PC 457.1 ☐ PC 186.30
☑ **TESTING:** ☐ COMPLIANCE WITH PC 296 VERIFIED. ☑ DNA PER PC 296. ☐ HIV PER PC 1202.1.
☑ **DEFENDANT TO PAY: FINE** of $ **680** INCLUDING PENALTY ASSESSMENT. ☐ $ _____ LAB FEE PER HS 11372.5(a) AND $ _____ DRUG
PROGRAM FEE PER HS 11372.7(a) FOR EACH QUALIFYING OFFENSE. ☑ **COURT SECURITY FEE OF** $ **20.** ☐ **BOOKING FEES.** ☐ **PROBATION COSTS.**
☑ **REST. FINES:** ☑ $ **200** _____ PER PC1202.4(b). ☐ F/W PER PC2085.5. ☐ $ _____ PER PC1202.44 / PC1202.45 SUSP. UNLESS PROB. / PAROLE REVKD.
☐ PROBATION HAVING BEEN FORMALLY REVOKED, THE PREVIOUS RESTITUTION FINE OF $ _____, SUSPENDED PER PC 1202.44, IS NOW DUE.
☐ **RESTITUTION TO VICTIM(S)** PER P.O.'S REPORT / REST. FUND PER PC 1202.4(f) OF $ _____ / IN AN AMT. TO BE DETERMINED. ☐ JOINT & SEVERAL
☐ COURT-APPT. ATTORNEY FEES OF $ _____ ☑ AT COMBINED RATE OF $ **50** PER MONTH TO START 60 DAYS AFTER RELEASE / ON **8/1/07**
☑ DEFT. TO REPORT TO ☐ PROBATION ☑ REVENUE & RECOVERY ☐ COURT COLLECTIONS ☐ FORTHWITH. ☑ WITHIN 72 HOURS OF RELEASE FROM CUSTODY.

CREDIT FOR TIME SERVED
**189** DAYS LOCAL
_____ DAYS STATE INST.
**94** DAYS PC4019/2933.1
**283** TOTAL DAYS CREDIT

**CUSTATT**
☐ DEFENDANT REMANDED TO CUSTODY OF SHERIFF ☐ WITHOUT BAIL. ☐ WITH BAIL SET AT $ _____
☐ MAY BE RELEASED TO REP. OF PD / PROB./APPROVED RES. TREATMENT PROG. ☐ STAY / SERVE BAL. OF CUST. ☐ WHEN BED AVAIL. ☐ AFTER _____ CUST.
☑ DEFENDANT ORDERED RELEASED FROM CUSTODY ☑ ON PROBATION. ☐ ON OWN / SUPERVISED RECOGNIZANCE. ☐ ON DEJ. ☐ THIS CASE ONLY.
☐ DEFENDANT TO REMAIN AT LIBERTY ☐ ON BOND POSTED $ _____ ☐ ON PROBATION. ☐ ON DEJ. ☐ ON OWN / SUPERVISED RECOGNIZANCE.

**FUTRGS**
☐ DEFENDANT : ☐ WAIVES STATUTORY TIME FOR PRONOUNCEMENT OF JUDGMENT. ☐ IS REFERRED FOR DIAGNOSTIC EVALUATION PER PC 1203.03. / WI 707.2.
_____ TRAFFIC _____ CONTINUED TO / SET FOR _____ AT _____ IN DEPT. _____ ON MOTION
OF COURT / DDA / DEFENDANT / PROBATION OFFICER. REASON: _____
☐ TO BE HEARD CONCURRENTLY WITH PRELIMINARY HEARING IN CASE _____ ☐ TO TRAIL CASE _____

**BWORNDTSS**
☐ BENCH WARRANT TO ISSUE, BAIL SET AT $ _____ ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO _____
☐ BENCH WARRANT ISSUED / ORDERED _____ IS RECALLED / RESCINDED.
☐ DECL. OF NON-COLLUSION & RE-ASSUMPTION OF LIABILITY FILED. ☐ BAIL FORF. IS SET ASIDE. ☐ BAIL IS ☐ REINSTATED. ☐ EXONERATED. ☐ FORFEITED.
☐ UPON PAYMENT OF COURT COST $ _____ WITHIN 30 DAYS. COST WAIVED. BOND AMT $ _____ BOND NO. _____
BOND COMPANY _____ AGENT _____

**MH**
☐ PROCEEDINGS SUSPENDED ☐ PER **PC 1368**, MENTAL COMPETENCY. (SEE BELOW FOR DATES OF EXAMINATION AND HEARING.)
☐ PER WI 3051, ADDICTION OR DANGER OF ADDICTION. SERVICE OF PETITION: _____

**OTHER**
☐ ALL PROPERTY IMPOUNDED, SEIZED, OR HELD IN CUSTODY IN THIS CASE TO BE DISPOSED OF PER POSSESSING AGENCY'S POLICY.
☐ PROBATION: PREPARE SUPP. REPT. / SUBMIT POST-SENT. REPT. TO CDCR PER PC1203c. CLERK: ☐ REGISTRAR OF VOTERS. ☐ DMV ABSTRACT B.A.C. _____
☐ SEE ATTACHED MINUTES FOR ADDITIONAL ORDERS. ☐ CONCURRENT WITH / CONSECUTIVE TO: _____

---

**EXHIBIT D**

# CALIFORNIA APPELLATE COURTS

Case Information

Welcome

Search

E-mail

Calendar

Help

Opinions

C|C

home

## 4th Appellate District Division 1 (Cases begin at D035601)

Change court ▼

Court data last updated: 12/20/2007 03:05 PM

**Case Summary**   **Docket**   **Scheduled Actions**   **Briefs**
**Disposition**   **Parties and Attorneys**   **Trial Court**

## Docket (Register of Actions)

**The People v. Bailey**
**Case Number D051309**

| Date | Description | Notes |
|------|-------------|-------|
| 07/25/2007 | Notice of appeal lodged/received (criminal). | Filed July 17, 2007 - BAILEY |
| 09/10/2007 | RECORD ON APPEAL FILED.************ | CT-1/83pgs., RT-3/31pgs., Prelim.-1/14pgs. |
| 09/21/2007 | Order filed. | The clerk of the court is directed to return Russo Bailey's motions and statement to him unfiled. A defendant has no right to represent himself or herself on appeal. (Martinez v. Court of Appeal of Cal, Fourth Appellate Dist. (2000) 528 U.S. 152, 163-164.) Russo Bailey's attention is directed to the letter and request for appointment of attorney sent to him on September 10, 2007, regarding obtaining counsel on appeal. |
| 10/01/2007 | Counsel appointment order filed. | atty. Auwarter appointed for appellant, AOB extended to 11/13/07. |
| 11/09/2007 | Granted - extension of time. | |
| 12/05/2007 | Petition for writ of supersedeas filed. | Supersedeas and stay of execution-stricken and returned per court's order of 12/18/07 |
| 12/11/2007 | Considered with case # | The petition for writ of habeas corpus In re Bailey D052036 will be considered at the same time as the pending appeal People v. Bailey D051309. |
| 12/14/2007 | Granted - extension of time. | |
| 12/18/2007 | Order filed. | The petition for writ of supersedeas for a stay of execution of sentence has been read and considered by Justices Nares, McDonald and Irion. "Supersedeas is an extraordinary writ issued by an appellate court to a lower court . . . directing that enforcement of a judgment be stayed pending an appeal in the court issuing |

D.1

the writ . . . . It has been said that the sole purpose of the writ is to preserve appellate jurisdiction pending review of the appeal and a ruling on the merits." (9 Witkin, Cal. Procedure (4th ed. 1997) Appeal, '286, p. 328.) A defendant has no right to represent himself or herself on appeal from his/her conviction. (Martinez v. Court of Appeal of California, Fourth Appellate District (2000) 528 U.S. 152, 163-164.) The clerk is directed to strike the filing of the petition for writ of supersedeas and return the petition to petitioner.

**Click here to request automatic e-mail notifications about this case.**

© 2007 Judicial Council of California

**EXHIBIT E**

# CALIFORNIA APPELLATE COURTS



Case Information

Welcome

Search

E-mail

Calendar

Help

Opinions

C|C
home

## 4th Appellate District Division 1 (Cases begin at D035601)

Change court ▾

Court data last updated: 12/20/2007 03:05 PM

**Case Summary   Docket   Scheduled Actions   Briefs
Disposition   Parties and Attorneys   Trial Court**

## Docket (Register of Actions)

### In re RUSSO BAILEY on Habeas Corpus
### Case Number D052036

| Date | Description | Notes |
|------|-------------|-------|
| 11/21/2007 | Petition for a writ of habeas corpus filed. | Copy of petition sent to AG. |
| 11/27/2007 | Letter sent to: | Writ letter to petitioner. |
| 12/11/2007 | Considered with case # | The petition for writ of habeas corpus In re Bailey D052036 will be considered at the same time as the pending appeal People v. Bailey D051309. |

**Click here to request automatic e-mail notifications about this case.**

©2007 Judicial Council of California

E.1