DARLENE A. DORNAN, Court Counsel (State Bar No. 182228)
Superior Court of California, County of San Diego
By CHERYL L. BRIERTON, Litigation Attorney (State Bar No. 108242)
220 West Broadway
San Diego, California 92101
Telephone: (619) 531-3036
Facsimile: (619) 685-6606

Attorneys for Defendant, The Honorable Allan J. Preckel, Judge of the Superior
    Court of California, County of San Diego

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSO BAILEY,<br><br>          Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF JUSTICE, ALLEN J. PRECKEL, ET AL.,<br><br>          Defendants. | Case No.: 07-CV-02090 JM (BLM)<br><br>**PROOF OF SERVICE**<br><br>[Local Rules 5.3, 5.4(c)] |

    I, PUI TSANG, declare that: I am over the age of eighteen years and not a party to the above-referenced case; I am employed in, or am a resident of, the County of San Diego, California where the mailing occurs; and my business address is: 220 W. Broadway, San Diego, California.

    I further declare that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

On December 28, 2007, I served the following document(s): **DEFENDANT JUDGE PRECKEL'S NOTICE OF MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE ; DEFENDANT JUDGE PRECKEL'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE; DEFENDANT JUDGE PRECKEL'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE ; DECLARATION IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE ON DEFENDANT JUDGE PRECKEL'S MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE ; EXHIBIT TABLE OF CONTENTS & EXHIBITS A-E** by placing a true copy of each document in a separate envelope addressed to each addressee, respectively, as follows:

**Russo Bailey
864 N. 2nd Street #138
El Cajon, CA 92021**

I then sealed each envelope and deposited said envelope(s) in the U.S. Postal Pick up box, this same day, at my business address shown above, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 28, 2007

PUI TSANG