1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  KRISTIN G. HOGUE
   Supervising Deputy Attorney General
3  DOUGLAS E. BAXTER, State Bar No. 201351
   Deputy Attorney General
4    110 West A Street, Suite 1100
     San Diego, CA 92101
5    P.O. Box 85266
     San Diego, CA 92186-5266
6    Telephone: (619) 645-2034
     Fax:         (619) 645-2012
7    Email: Douglas.Baxter@doj.ca.gov

8  Attorneys for Defendant State of California

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| RUSSO BAILEY, | 07cv2090 JM (BLM) |
|---|---|
| Plaintiff, | **NOTICE OF STATE OF CALIFORNIA'S MOTION TO DISMISS COMPLAINT** |
| v. | |
| STATE OF CALIFORNIA DEPARTMENT OF JUSTICE, ALLEN J. PRECKEL, CITY OF EL CAJON, M. BEVAN, SAN DIEGO COUNTY, DONNIE DUMANUS, WILLIAM KOLENDER, 25 Unknown police and sheriff deputies, | [Fed. R. Civ. Proc. 12(b)(1) & (b)(6)]<br><br>Hearing:    February 1, 2008<br>Time:       1:30 p.m.<br>Courtroom: 16<br>Judge:      The Honorable Jeffrey T. Miller |
| Defendants. | |

**TO PLAINTIFF RUSSO BAILEY (*PRO SE*):**

PLEASE TAKE NOTICE that on February 1, 2008, at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Judge Jeffrey T. Miller in Courtroom 16 of the United States District Court, Southern District of California, located at 880 Front Street, San Diego, California, Defendant State of California (which includes the California Highway Patrol and the California Department of Justice), will and hereby does move to dismiss this action pursuant to Federal Rule of Civil Procedure, rules 12(b)(1) and 12(b)(6). Under Rule 12(b)(1), Plaintiff's Complaint fails to establish the Court's subject matter jurisdiction, given the State of California's

Case No. 07cv2090 JM (BLM)

1 and all State agencies' Eleventh Amendment immunity from suit in federal court. Under Rule 12(b)(6), Plaintiff's claims under Sections 1983, 1985, and 1986 of Title 42 of the United States Code fail to state claims upon which relief can be granted against the State of California and any of its agencies. These entities are not "persons" within the meaning of those statutes.

This motion will be based on this notice of motion and motion, the accompanying memorandum of points and authorities, the pleadings and papers on file herein, and upon such further matters as may be presented to the court at the time of the hearing.

Dated: January 2, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

KRISTIN G. HOGUE
Supervising Deputy Attorney General


/s/Douglas E. Baxter
DOUGLAS E. BAXTER
Deputy Attorney General
Attorneys for Defendant
State of California

80191715.wpd
SD2007803251

Case No. 07cv2090 JM (BLM)

## DECLARATION OF SERVICE BY U.S. MAIL

Court Name: **U.S.D.C., Southern District of California**
Case Name: **Bailey v. State**
Case No.: **07cv2090 JM (BLM)**

I, the undersigned, declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>January 2, 2008</u>, I served the attached **NOTICE OF STATE OF CALIFORNIA'S MOTION TO DISMISS COMPLAINT** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Russo Bailey
864 North 2nd St., #138
El Cajon, CA 92021
Plaintiff In Pro per

## Electronic Mail Notice List

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

**Cheryl Lynn Brierton**
**E-mail Addresses**:
cheryl.brierton@sdcourt.ca.gov,
pui.tsang@sdcourt.ca.gov,
tammy.vates@sdcourt.ca.gov,
john.blair@sdcourt.ca.gov

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 2, 2008, at San Diego, California.

Tammy Larson
Declarant

_/s/ Tammy Larson_
Signature

80192418.wpd