```
 1  Steven E. Boehmer (#144817)
    Carrie L. Mitchell (#221845)
 2  McDOUGAL, LOVE, ECKIS,
    SMITH, BOEHMER & FOLEY
 3  460 North Magnolia Avenue
    El Cajon, California  92020
 4  (619) 440-4444/Fax (619) 440-4907

 5  Attorneys for Defendants:  CITY OF EL CAJON and M. BEVAN
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSO BAILEY,<br><br>               Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF JUSTICE, ALLEN J. PRECKEL, CITY OF EL CAJON, M. BEVAN, SAN DIEGO COUNTY, DONNIE DUMANUS, WILLIAM KOLENDER, 25 Unknown police and sheriff deputies,<br><br>               Defendants. | Case No. 07-CV-2090 JM (BLM)<br><br>NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(b)(6) BY CITY OF EL CAJON AND M. BEVAN<br><br>Date:        February 1, 2008<br>Time:        1:30 p.m.<br>Courtroom:   16 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

NOTICE IS HEREBY GIVEN that on February 1, 2008 at 1:30 p.m. or as soon thereafter as the matter may be heard in Courtroom 16 of the above-entitled court, located at 940 Front Street, San Diego, California, defendants, CITY OF EL CAJON and M. BEVAN will move this Court for an order dismissing the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which can be granted.

The defendants bring this motion on the grounds that plaintiff's conviction renders his section 1983 causes of action not cognizable because success would necessarily imply the invalidity of his conviction. Plaintiff further does not state facts sufficient to constitute a cause

1  of action for excessive force under section 1983, section 1986 or California Civil Code section
2  52.1.
3      This motion will be based upon this notice, the memorandum of points and authorities,
4  the request for judicial notice, the pleadings and documents filed herein, and upon such oral and
5  documentary evidence as the court may receive at the hearing on this motion.

6  DATED: January 2, 2008

McDOUGAL, LOVE, ECKIS,
SMITH, BOEHMER & FOLEY

By: _____
Steven E. Boehmer
Carrie L. Mitchell
Attorneys for Defendants: CITY OF EL CAJON
and M. BEVAN