Steven E. Boehmer (#144817)
Carrie L. Mitchell (#221845)
McDOUGAL, LOVE, ECKIS,
SMITH, BOEHMER & FOLEY
460 North Magnolia Avenue
El Cajon, California 92020
(619) 440-4444/Fax (619) 440-4907

Attorneys for Defendants: CITY OF EL CAJON and M. BEVAN

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSO BAILEY, | Case No. 07-CV-2090 JM (BLM) |
| Plaintiff, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(b)(6) BY CITY OF EL CAJON AND M. BEVAN** |
| v. | |
| STATE OF CALIFORNIA DEPARTMENT OF JUSTICE, ALLEN J. PRECKEL, CITY OF EL CAJON, M. BEVAN, SAN DIEGO COUNTY, DONNIE DUMANUS, WILLIAM KOLENDER, 25 Unknown police and sheriff deputies, | Date: February 1, 2008<br>Time: 1:30 p.m.<br>Courtroom: 16 |
| Defendants. | |

The defendants, CITY OF EL CAJON and M. BEVAN, request this Court take judicial notice, under Federal Rules of Evidence, Rule 201, of the following:

1. Minutes of May 17, 2007, San Diego Superior Court Case No. SCE267015;

2. Minutes of June 15, 2007, San Diego Superior Court Case No. SCE267015;

3. California Court of Appeal Docket, Case No. D051309;

4. California Court of Appeal Docket, Case No. D052036.

/ / /

/ / /

---

1

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(b)(6) BY CITY OF EL CAJON AND M. BEVAN**

1 | I declare under penalty of perjury, according to the laws of the United States and the State
2 | of California, the foregoing documents, attached hereto, are true and correct copies.
3 | DATED: January 2, 2008        McDOUGAL, LOVE, ECKIS,
                                   SMITH, BOEHMER & FOLEY

By: _____
Steven E. Boehmer
Carrie L. Mitchell
Attorneys for Defendants: CITY OF EL CAJON and M. BEVAN

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(b)(6) BY CITY OF EL CAJON AND M. BEVAN

SCE267015                                                                          MAY 17, 2007

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN DIEGO
El Cajon Division

DATE: 05-17-07    DEPT: 12    REPORTER: CYNTHIA DEPWEG    CSR#:3280

PRESENT: HON. ALLAN J. PRECKEL

CLERK: A. NARDUCCI

BAILIFF: R. DESROSIERS

REPORTERS' ADDRESS: P.O. BOX 128
SAN DIEGO, CA 92112-410

| CASE# SCE267015 | DDA# MAP46001 | |
|---|---|---|
| People Of The State Of California, | | |
| | Plaintiff | by: KRISTIAN TROCHA |
| V. | | |
| RUSSELL LORIN BAILEY, | Defendant | by: PRO PER |

8:30 A.M. THIS BEING THE TIME PREVIOUSLY SET FOR **MOTIONS AND JURY TRIAL** IN THE ABOVE-ENTITLED CAUSE, DEPUTY DISTRICT ATTORNEY KRISTIAN TROCHA IS PRESENT ON BEHALF OF THE PEOPLE, DEFENDANT IS PRESENT, IN CUSTODY APPEARING PRO PER.

8:53 A.M. FOR CLARIFICATION OF THE RECORD, THE COURT HAS THE DEFENDANT STATE HIS TRUE NAME AND CORRECT SPELLING OF HIS TRUE NAME.

8:56 A.M. THE COURT DENIES THE DEFENDANT'S DEMURRER. DEFENDANT'S MOTION TO DISMISS IS DENIED. DEFENDANT'S REQUEST TO FILE PC 1538.5 MOTION IS DENIED.

8:58 A.M. COURT AND COUNSEL DISCUSS DEFENDANT'S REQUEST FOR PEOPLE'S DISCOVERY.

9:09 A.M. THE DEFENDANT STATES THAT HE DID NOT BRING THE DISCOVERY RECEIVED FROM THE PEOPLE. THE COURT DIRECTS THE COURT CLERK TO MAKE COPIES OF THE PEOPLE'S DISCOVERY, AND THEN PROVIDE THE DEFENDANT WITH A COPY, AND RETAIN A COPY FOR THE COURT.

9:10 A.M. THE COURT BIFURCATES THE PC12031(A) CONVICTION. THE PEOPLE'S MOTION TO DISMISS THE ALLEGATION ATTACHED TO COUNT 2 PC12025(B)(6) IS GRANTED.

9:17 A.M. COURT AND COUNSEL DISCUSS THE PEOPLE'S PREVIOUS OFFER.

9:23 A.M. COURT IS IN RECESS UNTIL 9:45 A.M.

Exh "A"

SCE267015                                                                                          MAY 17, 2007

9:45 A.M. COURT IS AGAIN IN SESSION, ALL PARTIES PRESENT AS NOTED ABOVE.

THE FOLLOWING EXHIBIT(S) ARE MARKED FOR IDENTIFICATION ON BEHALF OF THE COURT.

1. **COURT POLICIES ETIQUETTE, DECORUM AND PROTOCOL.**
2. **COURT PROCEDURAL STIPULATIONS.**
3. **JUROR ADMONITIONS.**
4. **COPIES OF PEOPLE'S DISCOVERY.**

9:47 A.M. COURT AND COUNSEL DISCUSS THE PEOPLE'S OFFER. THE DEFENDANT STATES HE WISHES TO WITHDRAW HIS PREVIOUSLY ENTERED PLEA OF NOT GUILTY AND NOW PLEA GUILTY.

9:55 A.M. COURT IS IN RECESS UNTIL 10:05 IN ORDER FOR DEFENDANT TO EXECUTE A CHANGE OF PLEA FORM.

10:09 A.M. COURT IS AGAIN IN SESSION, ALL PARTIES PRESENT AS NOTED ABOVE. THE COURT IS IN POSSESSION OF A CHANGE OF PLEA FORM. THE DEFENDANT IS ADVISED OF HIS RIGHTS, WAIVES RIGHTS AND IS SWORN AND EXAMINED. DEFENDANT WITHDRAWS NOT GUILTY PLEA AND NOW PLEADS GUILTY TO:

**COUNT 1 PC12025(A)(1), AND ADMITS ALLEGATION PC12025(B)(1). ON THE MOTION OF THE PEOPLE, REMAINING COUNTS AND ALLEGATION ARE DISMISSED.**

10:15 A.M. COUNSEL AND DEFENDANT STIPULATE TO THE PRELIMINARY TRANSCRIPT AS A FACTUAL BASIS OF PLEA.

PROBATION HEARING AND SENTENCING IS SET ON <u>FRIDAY JUNE 15, 2007 AT 8:30 A.M. IN DEPARTMENT 12.</u> PROBATION DEPARTMENT TO PREPARE PRE-SENTENCE REPORT.

10:18 A.M. THE COURT RELEASES COURT EXHIBIT'S 1 THROUGH 3, AND RETAINS EXHIBIT 4 FOR THE COURT FILE.

10:20 A.M. COURT IS ADJOURNED.

**DEFENDANT TO REMAIN IN THE CUSTODY OF THE SHERIFF WITH $250, 000 BAIL. SHERIFFS DEPARTMENT IS ORDERED TO PRODUCE DEFENDANT ON FRIDAY JUNE 15, 2007 AT 8:30 A.M. IN DEPARTMENT 12 EL CAJON.**

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

SCE267015 DA: MAP46C01

☐ CENTRAL ☐ NORTH ☒ EAST ☐ SOUTH

DATE 06-15-07 AT 08:30 M. 06460847 PROB HEAR-SENTENCING

PRESENT HON. ALLAN J. PRECKEL JUDGE PRESIDING DEPARTMENT E12

CLERK A. Marducci REPORTER Cynthia Davies SR# 3382

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

T. McPhail 12544
T. Trichei
DEPUTY DISTRICT ATTORNEY

THE PEOPLE OF THE STATE OF CALIFORNIA
VS
BAILEY RUSSO D — DEFENDANT

P — PROPER
ATTORNEY FOR DEFENDANT (PD / APD / MCO / PCC / RETAINED)

VIOLATION OF: *PC12025(A)(1) Ct 1
ENH(S): PC12025(B)(1) Ct 1
PRIOR(S):

P.O. T. Pike
INTERP  OATH ON FILE / SWN
LANGUAGE

☒ DEFENDANT PRESENT ☐ NOT PRESENT ☐ NOT PRODUCED

**PREV**
☐ DEFENDANT ADVISED OF RIGHTS AND ADMITS / DENIES A VIOLATION OF PROBATION _____ WAIVES HEARING
☐ PROBATION IS / REMAINS FORMALLY / SUMMARILY ☐ REVKD ☐ REINST ☐ MODIFIED ☐ CONT ☐ ST&C ☐ TERMD ☐ EXT TO

**JUDGMENT**
☒ WAIVES ARRAIGNMENT ☒ ARRAIGNED FOR JUDGMENT. ☒ IMPOSITION / EXECUTION OF SENTENCE IS SUSPENDED
☒ PROBATION IS ☐ DENIED ☒ GRANTED 3 YEARS (FORMAL / SUMMARY) TO EXPIRE 6/14/10 ☐ CONVERTS TO SUMM PROB
☒ COMMITMENT TO SHERIFF FOR 283 DAYS STAYED TO ____ / PNDG SUCC COMPL OF PROB PAROLE NOT TO BE GRANTED
☐ PERFORM ____ ☐ DAYS PSP ____ HOURS VOL. WORK AT NONPROFIT ORG SUBMIT PROOF TO PROBATION / COURT BY ____
☒ 4TH AMENDMENT WAIVER ☒ IMPOSED / REMAINS IN EFFECT / DELETED. ☐ PROTECTIVE ORDER ISSUED / REMAINS IN EFFECT / MODIFIED / DELETED
☒ FURTHER CONDITIONS ARE SET FORTH IN PROBATION ORDER WORK FURLOUGH, REPORT: ____ TO 551 S 35TH ST SAN DIEGO AT 8:00 A.M.
☐ DEFT. IS COMMITTED TO THE DEPT. OF CORRECTIONS & REHABILITATION ☐ PER PC 1170(d) ☐ DIVISION OF JUVENILE JUSTICE ☐ PER WI 1737
☐ FOR ____ LOWER / MIDDLE / UPPER / INDETERMINATE TERM OF ____ YEARS / MONTHS / TO LIFE
ON COUNT ____ CODE & NO ____ ☐ PRINCIPAL COUNT ☐ STIPULATED SENTENCE
☐ DEFENDANT SENTENCED PER PC 667(b)-(i)/1170.12 ☒ NOTICE OF FIREARMS PROHIBITION GIVEN PER PC 12021
☐ NO VISITATION PER PC 1202.05. VICTIM IS UNDER 18 YRS. OF AGE. DA TO COMPLY WITH NOTICES.
☐ DEFT. ADVISED RE PAROLE / APPEAL RIGHTS. ☐ DEFT. TO REGISTER PER ☐ PC 290 ☐ HS 11590 ☐ PC 457.1 ☐ PC 186.30
☒ TESTING: ☐ COMPLIANCE WITH PC 296 VERIFIED. ☒ DNA PER PC 296. ☐ HIV PER PC 1202.1

**CREDIT FOR TIME SERVED**
189 DAYS LOCAL
____ DAYS STATE INST.
94 DAYS PC 4019 / 2933.1
283 TOTAL DAYS CREDIT

☒ DEFENDANT TO PAY FINE OF $ 680 INCLUDING PENALTY ASSESSMENT ☐ $ ____ LAB FEE PER HS 11372.5(a) AND $ ____ DRUG PROGRAM FEE PER HS 11372.7(a) FOR EACH QUALIFYING OFFENSE ☒ COURT SECURITY FEE OF $ 20 ☐ BOOKING FEES ☐ PROBATION COSTS
REST. FINES ☒ $ 200 PER PC 1202.4(b) ☐ F/W PER PC 2085.5 ☐ $ ____ PER PC 1202.44 / PC 1202.45 SUSP UNLESS PROB / PAROLE REVKD
☐ PROBATION HAVING BEEN FORMALLY REVOKED, THE PREVIOUS RESTITUTION FINE OF $ ____ SUSPENDED PER PC 1202.44 IS NOW DUE
☐ RESTITUTION TO VICTIM(S) PER P.O.'S REPORT / REST. FUND PER PC 1202.4(f) OF $ ____ / IN AN AMT. TO BE DETERMINED ☐ JOINT & SEVERAL
☐ COURT-APPT. ATTORNEY FEES OF $ ____ ☒ AT COMBINED RATE OF $ 50 PER MONTH TO START 60 DAYS AFTER RELEASE / ON 8/1/07
☒ DEFT. TO REPORT TO ☐ PROBATION ☒ REVENUE & RECOVERY ☐ COURT COLLECTIONS ☐ FORTHWITH ☒ WITHIN 72 HOURS OF RELEASE FROM CUSTODY

**CUST STAT**
☐ DEFENDANT REMANDED TO CUSTODY OF SHERIFF ☐ WITHOUT BAIL ☐ WITH BAIL SET AT $ ____
☐ MAY BE RELEASED TO REP. OF PD / PROB./APPROVED RES. TREATMENT PROG ☐ STAY / SERVE BAL. OF CUST. ☐ WHEN BED AVAIL ☐ AFTER ____ CUST
☒ DEFENDANT ORDERED RELEASED FROM CUSTODY ☒ ON PROBATION ☐ ON OWN / SUPERVISED RECOGNIZANCE ☐ ON DEJ ☐ THIS CASE ONLY
☐ DEFENDANT TO REMAIN AT LIBERTY ☐ ON BOND POSTED $ ____ ☐ ON PROBATION ☐ ON DEJ ☐ ON OWN / SUPERVISED RECOGNIZANCE

**FUT HRGS**
☐ DEFENDANT: ☐ WAIVES STATUTORY TIME FOR PRONOUNCEMENT OF JUDGMENT. ☐ IS REFERRED FOR DIAGNOSTIC EVALUATION PER PC 1203.03 / WI 707.2
____ CONTINUED TO / SET FOR ____ AT ____ IN DEPT ____ ON MOTION
OF COURT / DDA / DEFENDANT / PROBATION OFFICER REASON ____
☐ TO BE HEARD CONCURRENTLY WITH PRELIMINARY HEARING IN CASE ____ ☐ TO TRAIL CASE

**BONDS/WRNTS**
☐ BENCH WARRANT TO ISSUE, BAIL SET AT $ ____ ☐ SERVICE FORTHWITH ☐ ORDERED WITHHELD TO ____
☐ BENCH WARRANT ISSUED / ORDERED ____ IS RECALLED / RESCINDED
☐ DECL. OF NON-COLLUSION & RE-ASSUMPTION OF LIABILITY FILED. ☐ BAIL FORF. IS SET ASIDE. ☐ BAIL IS ☐ REINSTATED ☐ EXONERATED ☐ FORFEITED
☐ UPON PAYMENT OF COURT COST $ ____ WITHIN 30 DAYS. COST WAIVED. BOND AMT $ ____ BOND NO ____
BOND COMPANY ____ AGENT ____

**MH**
☐ PROCEEDINGS SUSPENDED ☐ PER PC 1368, MENTAL COMPETENCY. (SEE BELOW FOR DATES OF EXAMINATION AND HEARING.)
☐ PER WI 3051, ADDICTION OR DANGER OF ADDICTION. SERVICE OF PETITION.

**OTHER**
☐ ALL PROPERTY IMPOUNDED, SEIZED, OR HELD IN CUSTODY IN THIS CASE TO BE DISPOSED OF PER POSSESSING AGENCY'S POLICY
☐ PROBATION PREPARE SUPP. REPT / SUBMIT POST-SENT. REPT. TO CDCR PER PC1203c. CLERK ☐ REGISTRAR OF VOTERS ☐ DMV ABSTRACT B.A.C.
☐ SEE ATTACHED MINUTES FOR ADDITIONAL ORDERS. ☐ CONCURRENT WITH / CONSECUTIVE TO

Distribution by ____ on ____ to JAIL DEFT. ATTY. PROS. PROB. R&R Other: ____

SDSC CRM-2B (Rev. 1-07)

**CRIMINAL MINUTES - PRONOUNCEMENT OF JUDGEMENT**

Exh "B"

# CALIFORNIA APPELLATE COURTS



**4th Appellate District Division 1** (Cases begin at D035601)   Change court

Court data last updated: 12/20/2007 03:05 PM

Case Summary   Docket   Scheduled Actions   Briefs
Disposition   Parties and Attorneys   Trial Court

## Docket (Register of Actions)

The People v. Bailey
Case Number D051309

| Date | Description | Notes |
|---|---|---|
| 07/25/2007 | Notice of appeal lodged/received (criminal). | Filed July 17, 2007 - BAILEY |
| 09/10/2007 | RECORD ON APPEAL FILED.************ | CT-1/83pgs., RT-3/31pgs., Prelim.-1/14pgs. |
| 09/21/2007 | Order filed. | The clerk of the court is directed to return Russo Bailey's motions and statement to him unfiled. A defendant has no right to represent himself or herself on appeal. (Martinez v. Court of Appeal of Cal, Fourth Appellate Dist. (2000) 528 U.S. 152, 163-164.) Russo Bailey's attention is directed to the letter and request for appointment of attorney sent to him on September 10, 2007, regarding obtaining counsel on appeal. |
| 10/01/2007 | Counsel appointment order filed. | atty. Auwarter appointed for appellant, AOB extended to 11/13/07. |
| 11/09/2007 | Granted - extension of time. | |
| 12/05/2007 | Petition for writ of supersedeas filed. | Supersedeas and stay of execution-stricken and returned per court's order of 12/18/07 |
| 12/11/2007 | Considered with case # | The petition for writ of habeas corpus In re Bailey D052036 will be considered at the same time as the pending appeal People v. Bailey D051309. |
| 12/14/2007 | Granted - extension of time. | |
| 12/18/2007 | Order filed. | The petition for writ of supersedeas for a stay of execution of sentence has been read and considered by Justices Nares, McDonald and Irion. "Supersedeas is an extraordinary writ issued by an appellate court to a lower court . . . directing that enforcement of a judgment be stayed pending an appeal in the court issuing |



Exh "C"

| | | |
|---|---|---|
| | | the writ . . . . It has been said that the sole purpose of the writ is to preserve appellate jurisdiction pending review of the appeal and a ruling on the merits." (9 Witkin, Cal. Procedure (4th ed. 1997) Appeal, '286, p. 328.) A defendant has no right to represent himself or herself on appeal from his/her conviction. (Martinez v. Court of Appeal of California, Fourth Appellate District (2000) 528 U.S. 152, 163-164.) The clerk is directed to strike the filing of the petition for writ of supersedeas and return the petition to petitioner. |

Click here to request automatic e-mail notifications about this case.

# CALIFORNIA APPELLATE COURTS



**4th Appellate District Division 1** (Cases begin at D035601)    Change court

Court data last updated: 12/20/2007 03:05 PM

Case Summary   Docket   Scheduled Actions   Briefs
Disposition   Parties and Attorneys   Trial Court

## Docket (Register of Actions)

In re RUSSO BAILEY on Habeas Corpus
Case Number D052036

| Date | Description | Notes |
|---|---|---|
| 11/21/2007 | Petition for a writ of habeas corpus filed. | Copy of petition sent to AG. |
| 11/27/2007 | Letter sent to: | Writ letter to petitioner. |
| 12/11/2007 | Considered with case # | The petition for writ of habeas corpus In re Bailey D052036 will be considered at the same time as the pending appeal People v. Bailey D051309. |

Click here to request automatic e-mail notifications about this case.

Exh "D"