Russo Bailey Plaintiff pro Se
864 N. 2nd Street #138
El Cajon CA 92021
Telephone (619)504-5682

FILED
08 JAN 18 AM 8:28
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

NUNC PRO TUNC
JAN 15 2008

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSO BAILEY,<br>  Plaintiff,<br>v.<br>STATE OF CALIFORNIA<br>DEPARTMENT OF JUSTICE, et., al.<br>  Defendants | CIVIL No. <u>07cv2090</u> JM (BLM)<br><br><u>REQUEST FOR SANCTIONS:</u><br><br><u>F. R. Civ. P. 11 (b) &(b)(1) and</u><br><u>C.C.P. §1218</u> |

To the Entitled Court and to the attorneys for the DEFENDANTS:

<u>ALLEN J. PRECKEL, CITY OF EL CAJON, M. BEVAN, STATE OF CALIFORNIA DEPARTMENT OF JUSTICE</u>

   The Plaintiff request that in light of the bad faith MOTION TO DISMISS presented by the Defendants: ALLEN J. PRECKEL, CITY OF EL CAJON, M. BEVAN, STATE OF CALIFORNIA DEPARTMENT OF JUSTICE, THAT PLAINTIFF BE AWARDED SANCTIONS BY WAY OF COURT ORDER TO PAY PLAINTIFF A $1,000 (One thousand dollars) amount from each individual defendant for the frivolous Motion to dismiss.

   <u>REQUEST FOR SANCTIONS: F. R. Civ. P. 11 (b) &(b)(1) and C.C.P. §1218</u>

   **F. R. Civ. P. 56 (g) Affidavits Made in Bad Faith.**
Should it appear to the satisfaction of the court at any time that any of the affidavits presented pursuant to this rule are presented in bad faith or solely for the purpose of delay, the court shall forthwith order the party employing them to pay to the other party

the amount of the reasonable expenses which the filing of the affidavits caused the other party to incur, including reasonable attorney's fees, and any offending party or attorney may be adjudged guilty of contempt.

C.C.P. §1218 "..if it be adjudged that he or she is guilty of contempt, a fine may be imposed on him or her not exceeding one thousand dollars ($1,000), ..."

TO the forgoing; the Plaintiff acting pro se does affirm to be in good faith this 13th day of January 2008

_____
Russo Bailey