## CERTIFICATE OF SERVICE BY U.S. MAIL

Court Name: **U.S.D.C., So. Dist. Cal.**
Case Name: **Bailey v. State**
Case No.: **07cv2090 JM (BLM)**

I, the undersigned, declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **January 24, 2008**, I served the **REPLY BY DEFENDANT STATE OF CALIFORNIA TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS COMPLAINT AND PLAINTIFF'S REQUEST FOR SANCTIONS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Russo Bailey
864 North 2nd St., #138
El Cajon, CA 92021
Plaintiff In Pro per

### Electronic Mail Notice List

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

| | |
|---|---|
| Cheryl L. Brierton<br>**E-mail Addresses:**<br>cheryl.brierton@sdcourt.ca.gov<br>pui.tsang@sdcourt.ca.gov,<br>tammy.vates@sdcourt.ca.gov,<br>john.blair@sdcourt.ca.gov<br>Attorney for Defendant Allen J. Preckel | Steven E. Boehmer<br>**E-mail Addresses:**<br>sboehmer@mclex.com<br>sburgio@mclex.com<br>Attorney for Defendants City of El Cajon &<br>M. Bevan |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 24, 2008, at San Diego, California.

| Tammy Larson | *[signature: Tammy Larson]* |
|---|---|
| Declarant | Signature |

SD2007803251
80199671.wpd