1   Steven E. Boehmer (#144817)
    Carrie L. Mitchell (#221845)
2   McDOUGAL, LOVE, ECKIS,
    SMITH, BOEHMER & FOLEY
3   460 North Magnolia Avenue
    El Cajon, California  92020
4   (619) 440-4444/Fax (619) 440-4907

5   Attorneys for Defendants: CITY OF EL CAJON and M. BEVAN

6

7

8                   UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10

11   RUSSO BAILEY,                    )   Case No.  07CV2090 JM (BLM)
                                      )
12                  Plaintiff,        )   REPLY TO PLAINTIFF'S
                                      )   OPPOSITION TO MOTION TO
13   v.                               )   DISMISS COMPLAINT PURSUANT TO
                                      )   RULE 12(b)(6) BY CITY OF EL CAJON
14   STATE OF CALIFORNIA,             )   AND M. BEVAN
     DEPARTMENT OF JUSTICE, ALLEN J.  )
15   PRECKEL, CITY OF EL CAJON, M.    )   Date:      February 1, 2008
     BEVAN, SA DIEGO COUNTY, DONNIE   )   Time:      1:30 p.m.
16   DUMANUS, WILLIAM KOLENDER, 25    )   Courtroom: 16
     UNKNOWN POLICE AND SHERIFF       )
17   DEPUTIES,                        )
                                      )
18                  Defendants.       )
     ─────────────────────────────── )
19

20          Defendants, CITY OF EL CAJON ("City") and M. BEVAN, respectfully submit the

21   following reply to plaintiff's opposition to motion to dismiss the complaint pursuant to Federal

22   Rules of Civil Procedure, Rule 12(b)(6).

23          Plaintiff's conviction renders his section 1983 causes of action not cognizable because

24   success would necessarily imply the invalidity of his conviction. Although plaintiff claims what

25   he plead guilty to was not a violation of any law, this is simply not the case.  Because he plead

26   guilty to the conduct that resulted in his arrest, *Heck v Humphrey* bars plaintiff's section 1983

27   unless he can show that his conviction has been reversed on direct appeal, expunged by executive

28   order, declared invalid by a state tribunal authorized to make such determination, or called into

i

REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(b)(6) BY CITY OF
EL CAJON AND M. BEVAN

1    question by a federal court's issuance of a writ of habeas corpus.  Plaintiff cannot make such a

2    showing at this time as evidenced by his current appeal of the conviction.  A judgment in favor of

3    plaintiff in connection with these claims would necessarily imply the invalidity of his conviction

4    which has not already been invalidated.

5          Plaintiff further does not state facts sufficient to constitute a cause of action for excessive

6    force under section 1983, section 1986 or California Civil Code section 52.1.  Plaintiff confirms

7    in his opposition that he is seeking damages for either conversion or damage to his property.

8    Plaintiff does not allege that the defendant officers actually used force or that he suffered any

9    personal injuries.  To the extent that plaintiff is seeking damages to his property, he must allege

10   compliance with the California Tort Claims Act, which he has failed to do.  Compliance is

11   mandatory and failure to file a claim is fatal to the cause of action.  Failure to allege compliance

12   with the Tort Claims Act is also fatal to plaintiff's causes of action under the California

13   Constitution.  The claims for relief which require plaintiff to allege compliance therefore must

14   also be dismissed.

15         The City and Officer Bevan request that the Court dismiss plaintiff's complaint in its

16   entirety against them.  The City and Officer Bevan also request that the Court deny plaintiff's

17   request for sanctions against .

18   DATED:  January 25, 2008                 **McDOUGAL, LOVE, ECKIS,**
                                             **SMITH, BOEHMER & FOLEY**
19

20                                           By: _____
                                             Steven E. Boehmer
21                                           Carrie L. Mitchell
                                             Attorneys for Defendants:  CITY OF EL CAJON
22                                           and M. BEVAN

23

24

25

26

27

28

REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(b)(6) BY CITY OF
EL CAJON AND M. BEVAN

**Bailey v. State of California Department of Justice, et al.**
**Case No. 07-CV-2090 JM (BLM)**

### PROOF OF SERVICE BY MAIL

I, the undersigned, declare that: I am over the age of 18 years and not a party to the case; I am employed in the County of San Diego, State of California, where the mailing occurs; and my business address is 460 N. Magnolia Avenue, El Cajon, California 92020.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business. I caused to be served the following documents:

**REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(b)(6) BY CITY OF EL CAJON AND M. BEVAN**

by placing a true copy of each document in a separate envelope addressed to each addressee, respectively, as follows:

Russo Bailey                                    In Pro Per
864 North 2nd Street, # 138
El Cajon, CA 92021
(619) 504-5682

I then sealed each envelope and, with postage thereon fully pre-paid, placed each for deposit in the United States Postal Service, this same day at my business address shown above, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 25, 2008, at El Cajon, California.

_Sherryl Burgie_
Sherryl Burgie