DARLENE A. DORNAN, Court Counsel (Bar No. 182228)
Superior Court of California in and for the County of San Diego
By CHERYL L. BRIERTON, Litigation Attorney (Bar No. 108242)
220 West Broadway
San Diego, California  92101
Telephone:  (619) 531-3036
Facsimile:  (619) 685-6606

Attorneys for Defendant, the Honorable Allan J. Preckel, Judge of the Superior Court of California, County of San Diego

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSO BAILEY,<br><br>          Plaintiff,<br><br>     vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>          Defendants. | Case No. 07CV02090 JM (BLM)<br><br>REPLY BY DEFENDANT, THE HONORABLE ALLAN J. PRECKEL, JUDGE OF THE CALIFORNIA COURT, IN SUPPORT OF MOTION TO DISMISS; OPPOSITION TO PLAINTIFF'S REQUEST FOR SANCTIONS<br><br>**[NO ORAL ARGUMENT REQUESTED]**<br><br>Date : February 1, 2008<br>Time : 1:30 p.m.<br>Crtrm: 16 (5th Floor)<br>Judge: Hon. Jeffrey T. Miller |

   Defendant, the Honorable Allan J. Preckel, Judge ("Judge Preckel") of the Superior Court of California, County of San Diego ("California Court"), hereby submits the following reply in support of his Motion to Dismiss Plaintiff's Complaint.

   Plaintiff's Opposition, received on January 15, 2008, confirms that in this pending action, Plaintiff is challenging the proceedings in the underlying state criminal case. (*People v. Russell Lorin Bailey*, California Court Case. No. SCE267015, appeal pending,

D051309[1].) Plaintiff argues extensively that in the underlying California Court criminal action, in which Plaintiff herein was a Defendant, Judge Preckel made rulings with which Plaintiff still disagrees. (Opposition, 2:9-5:5.) In so doing, Plaintiff confirms that judicial immunity applies.

Plaintiff does not address the authorities set forth in Judge Preckel's Motion to Dismiss concerning state sovereign immunity[2], abstention doctrine, *Heck v. Humphrey*, 512 U.S. 477 [114 S. Ct. 2364, 129 L. Ed. 2d 383] (1994), or other substantive arguments. These principles also operate as a dispositive bar to Plaintiff's claims against Judge Preckel[3].

---

[1] As of January 18, 2008, the website of the California Court of Appeal, Fourth District, Division One, shows that Plaintiff's appellate counsel in his California criminal case (D051309), Neil F. Auwarter of Appellate Defenders, Inc., filed a *Wende* brief on January 15, 2008. *People v. Wende*, 25 Cal. 3d 436, 441-422 (1979); cf. *Smith v. Robbins*, 528 U.S. 259, 263-65 [120 S. Ct. 746, 145 L. Ed. 2d 756] (2000) (finding no constitutional violation in the *Wende* brief practice in California under which counsel, upon concluding that an appeal would be frivolous, files a brief with the appellate court that summarizes the procedural and factual history of the case, and attests that he has reviewed the record, explained his evaluation of the case to his client, provided the client with a copy of the brief, and informed the client of his right to file a pro se supplemental brief).

[2] Plaintiff does refer to Judge Preckel as "an employee of the State of California." (Opposition, 2:9.) However, Judge Preckel is a state Constitutional Officer. Cal. Const., art. VI, sect. 4. Plaintiff does also argue against the application of Eleventh Amendment/ state sovereign immunity doctrine as to Defendant State of California, but not as to Judge Preckel. (Opposition, 7:6-26.) In any event, the authorities cited in Judge Preckel's Motion to Dismiss establish that this doctrine also protects him from this suit. Indeed, state sovereign immunity even protects against actions by Californians in California state courts. *Kirchmann v. Lake Elsinore Unified School Dist.*, 83 Cal. App. 4th 1098, 1104 (2000). There has been no waiver: the defense has been raised at the first opportunity.

[3] Procedurally, Plaintiff does argue that there was sufficient service upon Judge Preckel, but fails to specify in what manner he complied with the service requirements set forth in Judge Preckel's motion to dismiss. (Opposition, 5:22-7:3.)

There is no basis for sanctions against Judge Preckel under Federal Rule of Civil Procedure section 11. All Judge Preckel's arguments are meritorious. Moreover, Plaintiff has not served a separate motion seeking sanctions, or otherwise complied with the provisions of Federal Rule of Civil Procedure 11, subdivision (c)(2). Plaintiff's "Request for Sanctions" filed January 18, 2008 also references Code of Civil Procedure section 1218, the California state contempt statute. State statutes do not govern the federal court's contempt powers (*Lambert v. Montana*, 545 F.2d 87, 91 (9th Cir. 1976), but in any event, the federal court has made no order with which Judge Preckel has failed to comply.

As such, Judge Preckel's motion to dismiss should be granted, with prejudice, and a judgment entered in his favor.

DATED: January 25, 2008

DARLENE A. DORNAN, Court Counsel
Superior Court of California, County of San Diego

By: __s/ Cheryl L. Brierton_____
CHERYL L. BRIERTON, Litigation Attorney
Attorneys for Defendant, the Honorable Allan J. Preckel, Judge of the Superior Court of California, County of San Diego