1 DARLENE A. DORNAN, Court Counsel (State Bar No. 182228)
Superior Court of California, County of San Diego
2 By CHERYL L. BRIERTON, Litigation Attorney (State Bar No. 108242)
3 220 West Broadway
San Diego, California 92101
4 Telephone: (619) 531-3036
5 Facsimile: (619) 685-6606

6 Attorneys for Defendant, The Honorable Allan J. Preckel, Judge of the Superior
7   Court of California, County of San Diego

8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSO BAILEY,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF JUSTICE, ALLEN J. PRECKEL, ET AL.,<br><br>    Defendants. | Case No.: 07-CV-02090 JM (BLM)<br><br>**PROOF OF SERVICE**<br><br>[Local Rules 5.3, 5.4(c)] |

I, PUI TSANG, declare that: I am over the age of eighteen years and not a party to the above-referenced case; I am employed in, or am a resident of, the County of San Diego, California where the mailing occurs; and my business address is: 220 W. Broadway, San Diego, California.

I further declare that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

1 | On January 25, 2008, I served the following document(s): **REPLY BY**
2 | **DEFENDANT, THE HONORABLE ALLAN J. PRECKEL, JUDGE OF THE**
3 | **CALIFORNIA COURT, IN SUPPORT OF MOTION TO DISMISS;**
4 | **OPPOSITION TO PLAINTIFF'S REQUEST FOR SANCTIONS**
5 | by placing a true copy of each document in a separate envelope addressed to each
6 | addressee, respectively, as follows:

**Russo Bailey**
**864 N. 2nd Street #138**
**El Cajon, CA 92021**

I then sealed each envelope and deposited said envelope(s) in the U.S. Postal Pick up box, this same day, at my business address shown above, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 25, 2008

_____
PUI TSANG