JOHN J. SANSONE, County Counsel (State Bar No. 103060)
County of San Diego
By STEPHANIE E. KISH, Senior Deputy (State Bar No. 185776)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-6230;  Fax: (619) 531-6005
E-mail: stephanie.kish@sdcounty.ca.gov

Attorneys for Defendants Bonnie M. Dumanis (erroneously sued as "Donnie Dumanus") and William Kolender

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSO BAILEY,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF JUSTICE; ALLEN J. PRECKEL; CITY OF EL CAJON; M. BEVAN; SAN DIEGO COUNTY; DONNIE DUMANUS; WILLIAM KOLENDER; 25 Unknown police and sheriff deputies,<br><br>    Defendants. | No. 07-cv-2090-JM(BLM)<br><br>NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT<br><br>Date:  March 14, 2008<br>Time:  1:30 p.m.<br>Dept.:  16 - Courtroom of the Honorable Jeffrey T. Miller<br>Trial Date:  None |

    PLEASE TAKE NOTICE that on March 14, 2008, at 1:30 p.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Jeffrey T. Miller, United States District Judge, located at 940 Front Street, San Diego, California, defendants Bonnie M. Dumanis (erroneously sued as "Donnie Dumanus") and William Kolender will move to dismiss plaintiff's complaint on grounds that it fails to state a claim upon which relief can be granted pursuant to Federal Rules of Civil Procedure, rule 12(b)(6).

///

///

07-cv-2090-JM(BLM)

1  The motion will be based upon this notice, upon the accompanying memorandum
2  of points and authorities, and upon all papers and pleadings on file in this action.
3  DATED: February 7, 2008     JOHN J. SANSONE, County Counsel
4                              By: s/ STEPHANIE E. KISH, Senior Deputy
                                Attorneys for Defendants Bonnie M. Dumanis
5                               (erroneously sued as "Donnie Dumanus")
                                and William Kolender
6                               E-mail: stephanie.kish@sdcounty.ca.gov

Declaration of Service

I, LAURA COMETA, declare:

That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On February 7, 2008, I served the following documents: **Notice Of Motion And Motion To Dismiss Complaint; Memorandum Of Points And Authorities In Support Of Defendants' Motion To Dismiss Complaint** in the following manner:

☐   By personally delivering copies to the person served.

☒   By placing a copy in a separate envelope, with postage fully prepaid, for each addressee named below and depositing each in the U. S. Mail at San Diego, California.

Russo Bailey
864 N. 2nd Street, #138
El Cajon, California 92021
(619) 504-5682
(plaintiff in pro per)

☐   By electronic filing, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 7, 2008, at San Diego, California.

_____
LAURA COMETA

(Russo Bailey v. State of California Department of Justice, et al.;
USDC No. 07-cv-2090-JM(BLM))