RUSSO BAILEY pro Se
864 N. 2nd STREET #138
El Cajon CA 92021
Telephone (619)504-5682

FILED

08 FEB 29 PM 3: 20

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

RUSSO BAILEY,
    Plaintiff,
  vs.
STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE,
ALLEN J. PRECKEL,
CITY OF EL CAJON, M. BEVAN,
SAN DIEGO COUNTY,
DONNIE DUMANUS,
WILLIAM, KOLENDER,
25 Unknown police and sheriff deputies,
    Defendants.

CIVIL No. 07cv2090 JM (BLM)

## DECLARATION OF SERVICE

I, the undersigned declared under penalty of perjury that I am over the age eighteen years and a party to this action; that I served the individuals on the service list attached here to the following documents:
**PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS COMPLAINT BY DEFENDANTS: BONNIE DUMANIS; WILLIAM KOLENDER. And REQUEST FOR SANCTIONS**

in the following manner: by placing a copy in a separate envelope, for each address named below, and placing it for collection and mailing with the United States Postal Service, at El Cajon California on the date of: January 19, 2008

SERVICE LIST:

State of California Department of Justice
110 West A Street Suite 1100
San Diego, CA 92186-5266

Attorneys for City of El Cajon and M. Bevan;

McDougal, Love, Eckis, Smith, Boehmer & Foley
460 North Magnolia Avenue
El Cajon, CA 92020

continued

Attorneys for Allen J. Preckel;
Darlene A. Dornan, Cheryl L. Brierton
220 West Broadway
San Diego, CA 92101

Attorneys for :
BONNIE DUMANIS, WILLIAM, KOLENDER and
SAN DIEGO COUNTY,
1600 Pacific Highway Room 355
San Diego California 92101


executed on February 26, 2008    at El Cajon California

_____
Russo Bailey