1  JOHN J. SANSONE, County Counsel (State Bar No. 103060)
   County of San Diego
2  By STEPHANIE E. KISH, Senior Deputy (State Bar No. 185776)
   1600 Pacific Highway, Room 355
3  San Diego, California 92101-2469
   Telephone: (619) 531-6230;  Fax: (619) 531-6005
4  E-mail: stephanie.kish@sdcounty.ca.gov

5  Attorneys for Defendants Bonnie M. Dumanis (erroneously sued as "Donnie Dumanus")
       and William Kolender

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10

11  RUSSO BAILEY,                          )    No. 07-cv-2090-JM(BLM)
                                           )
12              Plaintiff,                 )    REPLY MEMORANDUM OF POINTS
                                           )    AND AUTHORITIES IN SUPPORT OF
13         v.                              )    DEFENDANTS' MOTION TO DISMISS
                                           )    COMPLAINT
14  STATE OF CALIFORNIA                    )
    DEPARTMENT OF JUSTICE;                 )    Date:  March 14, 2008
15  ALLEN J. PRECKEL; CITY OF EL           )    Time:  1:30 p.m.
    CAJON; M. BEVAN; SAN DIEGO             )    Dept.:  Courtroom of the
16  COUNTY; DONNIE DUMANUS;                )    Honorable Jeffrey T. Miller
    WILLIAM KOLENDER; 25 Unknown           )    Trial Date:  None
17  police and sheriff deputies,           )
                                           )
18              Defendants.                )
    ———————————————————————————————————)
19

20                              I

21                        INTRODUCTION

22         San Diego County District Attorney Bonnie M. Dumanis (erroneously sued as

23  "Donnie Dumanus") and Sheriff William Kolender, in their individual capacities,

24  respectfully submit the following reply brief in support of their pending motion to

25  dismiss.

26  ///

27  ///

28  ///

II

PLAINTIFF'S PRIOR CONVICTION BARS HIS
1ST AND 3RD CLAIMS FOR RELIEF AGAINST THE
DISTRICT ATTORNEY AND SHERIFF

In his complaint, Plaintiff alleges he was "falsely convict[ed]" by Judge Preckel after being charged with violating Penal Code sections 12025(a)(1) and 12031(a)(1). (Complaint at 4:8-9, 25-27.) However, in his opposition to Defendants' motion to dismiss, Plaintiff denies ever being convicted, stating "there has been no prior conviction of any nature." (Opposition at 2:20.) Plaintiff goes so far as to state that "District Attorney Bonnie Dumanis did not file a criminal complaint at any time nor was plaintiff Bailey ever charged with a crime." (Opposition at 3:11-13.) Plaintiff thus claims that his complaint stems from being "kidnapped and held for ransom." (Opposition at 3:28-4:1.) Somewhat contradictorily, Plaintiff also contends that "[a]t no time was Plaintiff Bailey permitted to Defend Himself in the California Superior Court…from the false charges brought by Bonnie M. Dumanis." (Opposition at 2:14-15.)

In light of these claims, Defendants respectfully request that this Court take judicial notice of the facts that (1) the District Attorney charged Plaintiff with violating Penal Code sections 12025(a)(1) and 12031(a)(1) in Superior Court case number SCE267015; and (2) Plaintiff subsequently pleaded guilty to and was convicted of violating Penal Code section 12025(a)(1).[1] (See Request for Judicial Notice filed concurrently herewith, and exhibits attached thereto.) As set forth in Defendants' motion to dismiss, Plaintiff's First and Third Claims for Relief should be dismissed with prejudice as to District Attorney Dumanis and Sheriff Kolender pursuant to *Heck v. Humphrey*, 512 U.S. 477, 486-487 (1994).

///

///

---

[1] A court properly may take judicial notice of official records without converting a Rule 12(b)(6) motion to dismiss into a Rule 56 motion for summary judgment. *See, e.g., MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986); *Henson v. CSC Credit Servs.*, 29 F.3d 280, 284 (7th Cir. 1994).

- 2 -

1
2
3

### III

### DISTRICT ATTORNEY DUMANIS IS ABSOLUTELY IMMUNE FROM LIABILITY FOR MALICIOUS PROSECUTION UNDER BOTH STATE AND FEDERAL LAW

4  Defendants' motion to dismiss establishes that, pursuant to Section 1983, the
5  District Attorney is absolutely immune from liability for malicious prosecution.
6  Plaintiff's opposition to Defendants' motion suggests Plaintiff now may be attempting to
7  allege a **state law** malicious prosecution cause of action against District Attorney
8  Dumanis.  If this is in fact the case, such a cause of action also is barred under state law.
9  California law provides that "[a] public employee is not liable for injury caused by his
10  instituting or prosecuting any judicial or administrative proceeding within the scope of
11  his employment, even if he acts maliciously and without probable cause."  Cal. Gov.
12  Code § 821.6.  Accordingly, Plaintiff's First and Third Claims for Relief should be
13  dismissed with prejudice and without leave to amend with respect to District Attorney
14  Dumanis in her individual capacity.

15

### IV

16
17

### PLAINTIFF'S REQUEST FOR SANCTIONS AGAINST DISTRICT ATTORNEY DUMANIS AND SHERIFF KOLENDER SHOULD BE DENIED

18  Along with his opposition to Defendants' motion to dismiss, Plaintiff has filed a
19  "Request for Sanctions."  Plaintiff claims—without citing any evidence in support—that
20  Defendants' motion is "frivolous" and filed in "bad faith."  Defendants respectfully
21  submit that their motion in fact evidences that their arguments are made in good faith and
22  based on objectively reasonable interpretations of the facts and the law.  Because no basis
23  exists for awarding sanctions against either District Attorney Dumanis or Sheriff
24  Kolender pursuant to Rule 11 of the Federal Rules of Civil Procedure, Plaintiff's request
25  for sanctions should be denied.[2]

26
27
28

---

[2] Plaintiff's Request for Sanctions also references Code of Civil Procedure section 1218, the California state contempt statute; however, state statutes do not govern the federal court's contempt powers.  *Lambert v. Montana*, 545 F.2d 87, 91 (9th Cir. 1976).

07-cv-2090-JM(BLM)

V

CONCLUSION

For all of the reasons set forth above, Defendants' motion to dismiss should be granted, with prejudice, and a judgment entered in their favor.  Additionally, Plaintiff's request for sanctions should be denied.

DATED:  March 5, 2008            Respectfully submitted,

JOHN J. SANSONE, County Counsel

By: s/ STEPHANIE E. KISH, Senior Deputy
Attorneys for Defendants Bonnie M. Dumanis
(erroneously sued as "Donnie Dumanus")
and William Kolender
E-mail: stephanie.kish@sdcounty.ca.gov

- 4 -

07-cv-2090-JM(BLM)

Declaration of Service

I, LAURA COMETA, declare:

That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On March 5, 2008, I served the following documents: **Reply Memorandum Of Points And Authorities In Support Of Defendants' Motion To Dismiss; Request For Judicial Notice In Support Of Defendants' Motion To Dismiss Complaint** in the following manner:

☐     By personally delivering copies to the person served.

☒     By placing a copy in a separate envelope, with postage fully prepaid, for each addressee named below and depositing each in the U. S. Mail at San Diego, California.

Russo Bailey
864 N. 2nd Street, #138
El Cajon, California 92021
(619) 504-5682
(plaintiff in pro per)

☒     By electronic filing, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

Cheryl L. Brierton, Esq.
220 West Broadway
San Diego, Ca 92101
(619) 531-3036
(619) 685-6606 (fax)
cheryl.brierton@sdcourt.ca.gov
(Attorneys for Defendant Allan
J. Preckel)

Douglas E. Baxter, DAG
110 West "A" St., #1100
San Diego, Ca 92186
(619) 645-2034
(619) 645-2012 (fax)
douglas.baxter@doj.ca.gov
(Attorneys for Defendant
State of California)

Steven E. Boehmer, Esq.
Carrie L. Mitchell, Esq.
460 North Magnolia Ave.
El Cajon, Ca 92020
(619) 440-4444
(619) 440-4907 (fax)
sboehmer@mclex.com
(Attorneys for Defendants
City of El Cajon and
M. Bevan)

(Russo Bailey v. State of California Department of Justice, et al.;
USDC No. 07-cv-2090-JM(BLM)

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 5, 2008, at San Diego, California.

_____
LAURA COMETA