1  JOHN J. SANSONE, County Counsel (State Bar No. 103060)
   County of San Diego
2  By STEPHANIE E. KISH, Senior Deputy (State Bar No. 185776)
   1600 Pacific Highway, Room 355
3  San Diego, California 92101-2469
   Telephone: (619) 531-6230;  Fax: (619) 531-6005
4  E-mail: stephanie.kish@sdcounty.ca.gov

5  Attorneys for Defendants Bonnie M. Dumanis (erroneously sued as "Donnie Dumanus")
            and William Kolender

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | RUSSO BAILEY,                          ) No. 07-cv-2090-JM(BLM)
                                            )
12 |         Plaintiff,                     ) REQUEST FOR JUDICIAL NOTICE IN
                                            ) SUPPORT OF DEFENDANTS' MOTION
13 |   v.                                   ) TO DISMISS COMPLAINT
                                            )
14 | STATE OF CALIFORNIA                    ) Date: March 14, 2008
   | DEPARTMENT OF JUSTICE;                 ) Time: 1:30 p.m.
15 | ALLEN J. PRECKEL; CITY OF EL           ) Dept.: Courtroom of the
   | CAJON; M. BEVAN; SAN DIEGO             ) Honorable Jeffrey T. Miller
16 | COUNTY; DONNIE DUMANUS;                ) Trial Date: None
   | WILLIAM KOLENDER; 25 Unknown           )
17 | police and sheriff deputies,           )
                                            )
18 |         Defendants.                    )
                                            )

   District Attorney Bonnie M. Dumanis (erroneously sued as "Donnie Dumanus")
and Sheriff William Kolender ("Defendants"), by and through their attorney, hereby
request that the Court take judicial notice of the following adjudicative facts and attached
exhibits pursuant to Federal Rule of Evidence 201(b)(2), on the ground that said facts are
not subject to reasonable dispute because they are capable of accurate and ready
determination by resort to this Court's files and the attached exhibits, sources whose
accuracy cannot reasonably be questioned.

///
///

1. On December 27, 2006, the District Attorney charged Plaintiff with violating Penal Code sections 12025(a)(1) and 12031(a)(1) in Superior Court case number SCE267015. (Ex. A.)

2. Plaintiff subsequently pleaded guilty to and was convicted of violating Penal Code section 12025(a)(1). (Ex. B.)

DATED: March 5, 2008     JOHN J. SANSONE, County Counsel

By: s/ STEPHANIE E. KISH, Senior Deputy
Attorneys for Defendants Bonnie M. Dumanis
(erroneously sued as "Donnie Dumanus")
and William Kolender
E-mail: stephanie.kish@sdcounty.ca.gov

- 2 -

07-cv-2090-JM(BLM)

# EXHIBIT "A"

00001
IN CUSTODY

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
## EAST COUNTY DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br>Plaintiff,<br>v.<br>RUSSO BRIAN BAILEY,<br>*dob 07/31/48, Booking No. 06460847A*<br>*aka Russell Russo Bailey;*<br>Defendant | CT No. SCE267015<br>DA No. MAP460<br><br>~~COMPLAINT~~-FELONY<br><br>FILED<br>Clerk of the Superior Court<br>DEC 1 8 2006<br>By: C. LINDEMOOD, Deputy |

INFORMATION

Date: 12/21/06

## PC296 DNA TEST STATUS SUMMARY

| Defendant | DNA Testing Requirements |
|---|---|
| BAILEY, RUSSO BRIAN | DNA sample required upon conviction |

## CHARGE SUMMARY

| Count | Charge | Issue Type | Sentence Range | Special Allegations | Allegation Effect |
|---|---|---|---|---|---|
| 1 | PC12025(a)(1)<br>BAILEY, RUSSO BRIAN | Felony | 16-2-3/Fine | PC12025(b)(6)<br>PC12025(b)(1) | |
| 2 | PC12031(a)(1)<br>BAILEY, RUSSO BRIAN | Felony | 16-2-3 | PC12031(a)(2)(A) | |

PC1054.3                                INFORMAL REQUEST FOR DISCOVERY

The undersigned, certifying upon information and belief, complains that in the County of San Diego, State of California, the Defendant(s) did commit the following crime(s):

EXHIBIT A

# CHARGES

**COUNT 1 - HAVING CONCEALED FIREARM IN VEHICLE, READILY ACCESSIBLE CONCEALED LOADED FIREARM OFFENDER NOT REGISTERED AT DOJ, CONVICTED PERSON**

On or about December 9, 2006, RUSSO BRIAN BAILEY did unlawfully carry concealed within a vehicle which was under his/her control and direction a pistol, revolver and other firearm capable of being concealed upon the person, in violation of PENAL CODE SECTION 12025(a)(1).

And it is further alleged that both the firearm, and unexpended ammunition capable of being discharged from that firearm, were in the immediate possession of the defendant, and were readily accessible to the defendant, and the firearm was loaded as defined by Penal Code Section 12031(g); and, further, the defendant is not listed with the Department of Justice pursuant to Penal Code Section 11106(c)(1) as the registered owner of that particular firearm, in violation of PENAL CODE SECTION 12025(b)(6).

And it is further alleged that the defendant, RUSSO BRIAN BAILEY, had previously been convicted of possession of loaded firearm in a vehicle in violation of section 12031 of the penal code Code, said crime being a crime made punishable by Chapter 1 of Title 2 part 4 of the California Penal Code (the Firearms chapter), within the meaning of PENAL CODE SECTION 12025(b)(1).

**COUNT 2 - CARRYING A LOADED FIREARM ON ONE'S PERSON, CONVICTED PERSON CARRYING A LOADED FIREARM.**

On or about December 9, 2006, RUSSO BRIAN BAILEY did unlawfully carry a loaded firearm on his/her person and in a vehicle while in a public place and on a public street in an incorporated city and in a public place and on a public street in a prohibited area of unincorporated territory, in violation of PENAL CODE SECTION 12031(a)(1).

And it is further alleged that the defendant, RUSSO BRIAN BAILEY, had previously been convicted of possession of loaded firearm in a vehicle in violation of section 12031 of the penal code Code, said crime being a felony or crime made punishable by this chapter, within the meaning of PENAL CODE SECTION 12031(a)(2)(A).

---

NOTICE: Any defendant named on this complaint who is on criminal probation in San Diego County is, by receiving this complaint, on notice that the evidence presented to the court at the preliminary hearing on this complaint is presented for a dual purpose: the People are seeking a holding order on the charges pursuant to Penal Code Section 872 and simultaneously, the People are seeking a revocation of the defendant's probation, on any and all such probation grants, utilizing the same evidence, at the preliminary hearing. Defenses to either or both procedures should be considered and presented as appropriate at the preliminary hearing.

Pursuant to PENAL CODE SECTION 1054.5(b), the People are hereby informally requesting that defendant's counsel provide discovery to the People as required by PENAL CODE SECTION 1054.3.

The People reserve the right to amend the accusatory pleading to further allege any and all facts in aggravation in light of Blakely v. Washington (6/24/2004) 542 U.S. 296 [124 S.Ct. 2531, 2004 WL 1402697].



EXHIBIT A

Sheriff's records indicate that as of the booking date one or more defendants have not yet provided a DNA sample to the DOJ database. Pursuant to Penal Code Section 296(e), the court shall order collection of DNA from the defendant(s) if advised by the prosecuting attorney that a sample is required but has not been provided by the defendant. Pursuant to Penal Code sections 296/296.1, if not already required from a past conviction, any defendants who have not done so will be required to provide a sample upon conviction of this felony offense.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER CE267015, CONSISTS OF 2 COUNTS.

Executed at El Cajon, County of San Diego, State of California, on December 13, 2006.

_____
COMPLAINANT

INFORMATION

12/27/06
_____
Date

BONNIE M. DUMANIS
District Attorney
County of San Diego
State of California
by:

_____
Deputy District Attorney

EXHIBIT A

Page 3 of 3, Court Case No. CE267015

# EXHIBIT "B"

not used

Case 3:07-cv-02090-JM-BLM   Document 21-2   Filed 03/05/2008   Page 8 of 10

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | 0004 FILED |
|---|---|
| PEOPLE vs **Russell Lorin Bailey** Defendant | Clerk of the Superior Court<br>MAY 17 2007<br>By: A. NARDUCCI, Deputy |
| **PLEA OF GUILTY/NO CONTEST – FELONY** | Court Number: SCE267015<br>DA Number: MAP460 |

I, the defendant in the above-entitled case, in support of my plea of Guilty/No Contest, personally declare as follows:

1. Of those charges now filed against me in this case, I plead **GUILTY** to the following offenses and admit the enhancements, allegations and prior convictions as follows: [RB]

| COUNT | CHARGE | ENHANCEMENT/ALLEGATION |
|---|---|---|
| CT 1 | PC 12025(A)(1) | PC12025(b)(1) |
|  |  |  |
|  |  |  |
|  |  |  |

PRIORS: (LIST ALLEGATION SECTION, CONVICTION DATE, COUNTY, CASE NUMBER, AND CHARGE)
PC 12031(A) - C245556

2. I have not been induced to enter this plea by any promise or representation of any kind, except: *(State any agreement with the District Attorney.)*
   NO DEALS WITH DISTRICT ATTORNEY, DISMISS COUNT TWO [RB]

3. I am entering my plea freely and voluntarily, without fear or threat to me or anyone closely related to me. [RB]

4. I understand that a plea of No Contest is the same as a plea of Guilty for all purposes. [X]

5. I am sober and my judgment is not impaired. I have not consumed any drug, alcohol or narcotic within the past 24 hours. [RB]

## CONSTITUTIONAL RIGHTS

6a. I understand that I have the right to be represented by a lawyer at all stages of the proceedings. I can hire my own lawyer or the Court will appoint a lawyer for me if I cannot afford one. [RB]

**I understand** that as to all charges, allegations and prior convictions filed against me, and as to any facts that may be used to increase my sentence, now or in the future, I also have the **following constitutional rights, which I now give up** to enter my plea of guilty/no contest:

    6b. I have the right to a **speedy and public trial by jury**. I now give up this right. [RB]

    6c. I have the right to **confront and cross-examine all the witnesses** against me. I now give up this right. [RB]

    6d. I have the right to **remain silent** (unless I choose to testify on my own behalf). I now give up this right. [RB]

    6e. I have the right to **present evidence in my behalf** and to have the court subpoena my witnesses at no cost to me. I now give up this right. [RB]

SDSC CRM-12(Rev. 4-06)      PLEA OF GUILTY/NO CONTEST - FELONY      Page 1 of 4

**EXHIBIT B**

Defendant: BAILEY   CASE NUMBER: 00046 SCE267015

## CONSEQUENCES OF PLEA OF GUILTY OR NO CONTEST

7a. I understand that I may receive this maximum punishment as a result of my plea: __3__ years in State Prison, $ __10,000__ fine and __4__ years parole (4, 7, 14, life) with return to prison for every parole violation. If I am not sentenced to prison I may receive probation for a period up to 5 years or the maximum prison term, whichever is greater. As conditions of probation I may be given up to a year in jail custody, plus the fine, and any other conditions deemed reasonable by the Court. I understand that if I violate any condition of probation I can be sent to State Prison for the maximum term as stated above. [KB]

7b. I understand that I must pay a restitution fine ($200 - $10,000), that I will also be subject to a suspended fine in the same amount, and that I must pay full restitution to all victims. [KB]

7c. I understand that my conviction in this case will be a serious/violent felony ("strike") resulting in mandatory denial of probation and substantially increased penalties in any future felony case. [X]

7d. I understand that if I am not a U.S. citizen, this plea of Guilty/No Contest may result in my removal/deportation, exclusion from admission to the U.S. and denial of naturalization. Additionally, if this plea is to an "Aggravated Felony" listed on the back of this form, then I **will** be deported, excluded from admission to the U.S., and denied naturalization. [KB]

7e. I understand that my plea of Guilty or No Contest in this case could result in revocation of my probation or parole in other cases, and consecutive sentences. [X]

7f. My attorney has explained to me that other possible consequences of this plea may be: (Circle applicable consequences.) [KB]

(1) Consecutive sentences
(2) Loss of driving privileges
(3) Commitment to Youth Authority
(4) Registration as an arson / sex / narcotic / gang offender
**(5) Cannot possess firearms or ammunition**
**(6) Blood test and saliva sample**
**(7) Priorable (increased punishment for future offenses)**
**(8) Prison prior**
(9) Mandatory prison
(10) Presumptive prison
(11) Sexually Violent Predator Law
(12) Possible/Mandatory hormone suppression treatment
(13) Reduced conduct credits
  a. Violent Felony (No credit or max. 15%)
  b. Prior Strike(s) (No credit to max. 20%)
  c. Murder on/after 6/3/98 (No credit)
(14) Loss of public assistance
(15) AIDS education program
(16) Other: _____

[KB]

## OTHER WAIVERS

8. (**Appeal Rights**) I give up my right to appeal the following: 1) denial of my 1538.5 motion, 2) issues related to strike priors (under PC sections 667(b)-(i) and 1170.12), and 3) any sentence stipulated herein. [KB]

9. (***Harvey*** **Waiver**) The sentencing judge may consider my prior criminal history and the entire factual background of the case, including any unfiled, dismissed or stricken charges or allegations or cases when granting probation, ordering restitution or imposing sentence. [KB]

10. (***Blakely*** **Waiver**) Except where a prison term has been set by stipulation of the parties, I agree that the sentencing judge may determine the existence or non-existence of any aggravating facts which may be used to increase my sentence on any count or allegation above the middle term, either at the initial sentencing or at any future sentencing in the event my probation is revoked. [KB]

11. (***Arbuckle*** **Waiver**) I give up my right to be sentenced by the judge who accepts this plea. [X]

12. (**Probation Report**) I give up my right to a full probation report before sentencing. [KB]

00047

Defendant: BAILEY                                        CASE NUMBER: SCE267015

13. **(Evidence Disposal Waiver)** I give up my interest in all non-biological property/evidence impounded during the investigation of this case except _____ and acknowledge that if I listed any property here, I must also file a claim with the impounding agency within 60 days after pronouncement of judgment or my ability to make a claim will expire.  [X]

## PLEA

14. I now plead Guilty/No Contest and admit the charges, convictions and allegations described in paragraph #1, above. I admit that on the dates charged, I: *(Describe facts as to each charge and allegation)*

    I possessed a handgun capable of being concealed upon my person while inside a motor vehicle. I was previously convicted of violating Penal Code Section 12031 at the time I committed this offense.   RB

15. I declare under penalty of perjury that I have read, understood, and initialed each item above and any attached addendum, and everything on the form and any attached addendum is true and correct.   RB

Dated: May 17, 2007   Defendant's Signature: *Russo Bailey*

Defendant's Address: 864 2nd St. #138
                     El Cajon, CA 92020

Telephone Number: (   ) None

Defendant's Right Thumb Print

### ATTORNEY'S STATEMENT

I, the attorney for the defendant in the above-entitled case, personally read and explained to the defendant the entire contents of this plea form and any addendum thereto. I discussed all charges and possible defenses with the defendant, and the consequences of this plea, including any immigration consequences. I personally observed the defendant fill in and initial each item, or read and initial each item to acknowledge his/her understanding and waivers. I observed the defendant date and sign this form and any addendum. I concur in the defendant's plea and waiver of constitutional rights.

Dated: _____   PRO PER
                        (Print Name)                    Attorney for Defendant      (Signature)
                                                  (Circle one: PD / APD / PCC / RETAINED)

### INTERPRETER'S STATEMENT (If Applicable)

I, the sworn _____ language interpreter in this proceeding, truly translated for the defendant the entire contents of this form and any attached addendum. The defendant indicated understanding of the contents of this form and any addendum and then initialed and signed the form and any addendum.

Dated: _____
                        (Print Name)        Court Interpreter       (Signature)

### PROSECUTOR'S STATEMENT

The People of the State of California, plaintiff, by its attorney, the District Attorney for the County of San Diego, concurs with the defendant's plea of Guilty/No Contest as set forth above.

Dated: 5-17-07   K. TROCHA
                 (Print Name)    Deputy District Attorney    (Signature)

### COURT'S FINDING AND ORDER

The Court, having questioned the defendant and defendant's attorney concerning the defendant's plea of Guilty/No Contest and admissions of the prior convictions and allegations, if any, finds that: The defendant understands and voluntarily and intelligently waives his/her constitutional rights; the defendant's plea and admissions are freely and voluntarily made; the defendant understands the nature of the charges and the consequences of the plea and admissions; and there is a factual basis for same. The Court accepts the defendant's plea and admissions, and the defendant is convicted thereby.

Dated: 5/17/07                                              Judge of the Superior Court

SDSC CRM-12(Rev 4-06)   **PLEA OF GUILTY/NO CONTEST - FELONY**   EXHIBIT B   Page 3 of 4