1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
9              **SOUTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| RUSSO BAILEY, | CASE NO. 07cv2090 JM(BLM) |
| Plaintiff, | ORDER DENYING MOTION FOR RECONSIDERATION |
| vs. | |
| STATE OF CALIFORNIA DEPARTMENT OF JUSTICE; ALLEN J. PRECKEL; CITY OF EL CAJON; M. BEVAN; SAN DIEGO COUNTY; DONNIE DUMANUS; WILLIAM KOLENDER , | |
| Defendants. | |

On or about April 3, 2008, Plaintiff submittted a document entitled "Impeachment of Court's Order . . . ." The order challenges this court's order of March 18, 2008 granting Judge Preckel's motion to dismiss with prejudice; granting State of California Department of Justice's motion to dismiss with prejudice; denying City of El Cajon and M. Bevan's motion to dismiss the first and second claims and granting the motion to dismiss the third, fourth, and fifth claims with 20 days leave to amend from the date of entry of this order; granting Bonnie Dumanis' motion to dismiss with prejudice and granting Sheriff Kolender's motion to dismiss without prejudice, subject to a further good faith allegation that Plaintiff's conviction had been reversed or otherwise invalidated. The court also denied Plaintiff's motion for sanctions.

The court treats Plaintiff's motion for impeachment of court's order as a motion

1  for reconsideration. "Reconsideration is appropriate if the district court (1) is presented
2  with newly discovered evidence, (2) committed clear error or the initial decision was
3  manifestly unjust, or (3) if there is an intervening change in controlling law.  There
4  may also be other, highly unusual, circumstances warranting reconsideration." School
5  Dist. No. 1J v. ACandS, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993) (citations omitted), cert.
6  denied, 114 S. Ct. 2742 (1994).  Here, Plaintiff fails to identify any newly discovered
7  evidence, clear error, or intervening change in controlling law.  Consequently, the
8  motion for reconsideration is denied.

**IT IS SO ORDERED.**

DATED:  April 10, 2008

Hon. Jeffrey T. Miller
United States District Judge

cc:        All parties