1  Steven E. Boehmer (#144817)
   Carrie L. Mitchell (#221845)
2  McDOUGAL, LOVE, ECKIS,
   SMITH, BOEHMER & FOLEY
3  460 North Magnolia Avenue
   El Cajon, California  92020
4  (619) 440-4444/Fax (619) 440-4907

5  Attorneys for Defendants:  CITY OF EL CAJON and M. BEVAN

6

7

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11  RUSSO BAILEY,                     )      Case No. 07-CV-2090 JM (BLM)
                                      )
12                     Plaintiff,     )      NOTICE OF MOTION AND MOTION
                                      )      TO DISMISS FIRST AMENDED
13  v.                                )      COMPLAINT PURSUANT TO RULE
                                      )      12(b)(6) BY CITY OF EL CAJON AND
14                                    )      M. BEVAN
    STATE OF CALIFORNIA               )
15  DEPARTMENT OF JUSTICE, ALLEN J.   )      Date:       May 23, 2008
    PRECKEL, CITY OF EL CAJON, M.     )      Time:       1:30 p.m.
16  BEVAN, SAN DIEGO COUNTY,          )      Courtroom:  16
    DONNIE DUMANUS, WILLIAM           )
17  KOLENDER, 25 Unknown police and   )      NO ORAL ARGUMENT REQUESTED
    sheriff deputies,                 )
18                                    )
                       Defendants.    )
19  _____  )

20  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

21          NOTICE IS HEREBY GIVEN that on May 23, 2008 at 1:30 p.m. or as soon thereafter as

22  the matter may be heard in Courtroom 16 of the above-entitled court, located at 940 Front Street,

23  San Diego, California, defendants,  CITY OF EL CAJON and M. BEVAN will move this Court

24  for an order dismissing the first amended complaint pursuant to Federal Rule of Civil Procedure

25  12(b)(6) for failure to state a claim upon which can be granted.

26          The defendants bring this motion on the grounds that plaintiff has amended his complaint

27  but fails to allege any additional facts to support his claims and the first and second claims are

28  barred by *Heck v. Humphrey.*

1        This motion will be based upon this notice, the memorandum of points and authorities,

2    the request for judicial notice, the pleadings and documents filed herein, and upon such oral and

3    documentary evidence as the court may receive at the hearing on this motion.

4    DATED:  April 18, 2008                              **McDOUGAL, LOVE, ECKIS,**
                                                         **SMITH, BOEHMER & FOLEY**

5

6
                                                         By: _____
7                                                        Steven E. Boehmer
                                                         Carrie L. Mitchell
8                                                        Attorneys for Defendants:  CITY OF EL CAJON
                                                         and M. BEVAN
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6) BY
CITY OF EL CAJON AND M. BEVAN