1 | **Bailey v. State of California Department of Justice, et al.**
**Case No. 07-CV-2090 JM (BLM)**

2

3 | **PROOF OF SERVICE BY MAIL**

4 |     I, the undersigned, declare that: I am over the age of 18 years and not a party to the case; I am employed in the County of San Diego, State of California, where the mailing occurs; and my business address is 460 N. Magnolia Avenue, El Cajon, California 92020.

5

6 |     I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.  I caused to be served the following documents:

7

8

9 | **NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6) BY CITY OF EL CAJON AND M. BEVAN**

10

11 | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6) BY CITY OF EL CAJON AND**
**M. BEVAN**

12

13 | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6) BY CITY OF EL CAJON AND M. BEVAN**

14

15 | by placing a true copy of each document in a separate envelope addressed to each addressee, respectively, as follows:

16 | Russo Bailey                                          In Pro Per

17 | 864 North 2nd Street, # 138
El Cajon, CA 92021

18 | (619) 504-5682

19 |     I then sealed each envelope and, with postage thereon fully pre-paid, placed each for deposit in the United States Postal Service, this same day at my business address shown above, following ordinary business practices.

20

21 |     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

22

23 |     Executed on April 18, 2008, at El Cajon, California.

24 | *Sherryl Burgio*

25 | Sherryl Burgio

26

27

28

3