DARLENE A. DORNAN, Court Counsel (State Bar No. 182228)
Superior Court of California, County of San Diego
By CHERYL L. BRIERTON, Litigation Attorney (State Bar No. 108242)
220 West Broadway
San Diego, California 92101
Telephone: (619) 531-3036
Facsimile: (619) 685-6606

Attorneys for Defendant, The Honorable Allan J. Preckel, Judge of the Superior
    Court of California, County of San Diego

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSO BAILEY,<br><br>         Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, ET AL.,<br><br>         Defendants. | Case No. 07-CV-02090 JM (BLM)<br><br>DEFENDANT JUDGE PRECKEL'S NOTICE OF MOTION TO STRIKE FIRST AMENDED COMPLAINT<br><br>**[No Oral Argument Requested]**<br><br>Date   : June 6, 2008<br>Time   : 1:30 p.m.<br>Crtrm  : 16 (5th Floor)<br>Judge  : The Honorable Jeffrey T. Miller |

TO PLAINTIFF RUSSO BAILEY IN PRO SE:

PLEASE TAKE NOTICE that on June 6, 2008, at 1:30 p.m., in Courtroom 16, on the Fifth floor of the United States District Court for the Southern District of California, located at 940 Front Street, San Diego, California 92101, before the Honorable Jeffrey T. Miller, Defendant The Honorable Allan J. Preckel, Judge of the Superior Court of California, County of San Diego, will moves to strike Plaintiff's First Amended Complaint pursuant to Federal Rules of Civil Procedure ("FRCP") rule 12(f) on the following ground:

1. FRCP 12(f) ("to challenge redundant, immaterial, impertinent, or scandalous matter") -- Plaintiff's First Amended Complaint should be barred because his claims are immaterial, impertinent, and redundant on the basis this court has previously dismissed the complaint against Judge Preckel with prejudice.

The Motion to Strike will be based on this Notice, on the Memorandum of Points and Authorities filed herewith, on the Request for Judicial Notice of Exhibits A-D (filed herewith), Declaration of Cheryl L. Brierton (filed herewith), and on the pleadings and other papers filed herein and on such argument that may be presented at the hearing hereon.

                    Respectfully submitted,

                    DARLENE A. DORNAN, Court Counsel
                    Superior Court of California, County of San Diego

DATED:

April 28, 2008

                    By: ___s/ Cheryl L. Brierton_____
                          CHERYL L. BRIERTON, Litigation Attorney
                    Attorneys for Defendant, The Honorable Allan J. Preckel, Judge of the Superior Court of California, County of San Diego