1 | DARLENE A. DORNAN, Court Counsel (State Bar No. 182228)
Superior Court of California, County of San Diego
2 | By CHERYL L. BRIERTON, Litigation Attorney (State Bar No. 108242)
3 | 220 West Broadway
San Diego, California  92101
4 | Telephone: (619) 531-3036
5 | Facsimile: (619) 685-6606

6 | Attorneys for Defendant, The Honorable Allan J. Preckel, Judge of the Superior
7 |     Court of California, County of San Diego

8 |
## UNITED STATES DISTRICT COURT
9 |
## SOUTHERN DISTRICT OF CALIFORNIA
10 |

11 | RUSSO BAILEY,                              ) Case No. 07-CV-02090 JM (BLM)
12 |                                            )
                        Plaintiff,             ) DEFENDANT JUDGE PRECKEL'S
13 |                                            ) REQUEST FOR JUDICIAL NOTICE IN
                                               ) SUPPORT OF MOTION TO STRIKE
14 |         v.                                 ) FIRST AMENDED COMPLAINT
15 |                                            )
    STATE OF CALIFORNIA                        ) **[No Oral Argument Requested]**
16 | DEPARTMENT OF JUSTICE, ALLEN               )
17 | J. PRECKEL, ET AL.,                        ) Date  : June 6, 2008
                                               ) Time  : 1:30 p.m.
18 |                                            ) Crtrm : 16 (5th Floor)
                        Defendants.            ) Judge : The Honorable Jeffrey T. Miller
19 |  ─────────────────────────────────────────

20 | / / /
21 | / / /
22 | / / /
23 | / / /
24 | / / /
25 | / / /
26 | / / /
27 | / / /
28 | / / /

REQUEST FOR JUDICIAL NOTICE - 1

07cv02090JM(BLM)

Defendant, The Honorable Allan J. Preckel, Judge of the Superior Court of California, County of San Diego ("California Court"), hereby requests notice of the following exhibits (see Fed. R. Evid. 201; and e.g., *Asdar Group v. Pillsbury, Madison & Sutro*, 99 F.3d 289, 290, fn. 1 (9th Cir. 1996) [the district court may take judicial notice of pleadings in earlier related proceedings in the litigation]; *In re Phillips*, 593 F.2d. 356 (8th Cir. 1979) [Bankruptcy judge did not err in taking judicial notice of state court petition against bankrupt in order to determine nature of debt created by resulting default judgment against bankrupt]; *Schweitzer v. Scott*, 469 F. Supp. 1017 (C.D. Cal. 1979) [court is empowered to take judicial notice of court files and records]; *United States v. Warnek*, 199 F.3d 906, 909, fn. 1 (7th Cir. 1999) [judicial notice may be taken of documents filed and orders or decisions entered in any federal or state court]; *Rothman v. Gregor*, 220 F.3d 81, 92 (2nd Cir. 2000) [the court may take judicial notice of a complaint filed in a related state court action in order to ascertain the legal nature of the claim stated in the complaint]).

Exhibit A: Order granting Defendant Judge Preckel's Motion to Dismiss with prejudice, in *Russo Bailey v. State of California Department of Justice*, *Allen J. Preckel, et al.*, United States District Court, Southern District of California, Case No. 07-cv-2090 JM (BLM), dated March 18, 2008;

Exhibit B: Order of April 10, 2008, denying Plaintiff's Motion to Reconsider Order of March 18, 2008, in *Russo Bailey v. State of California Department of Justice*, *Allen J. Preckel, et al.*, United States District Court, Southern District of California, Case No. 07-cv-2090 JM (BLM);

Exhibit C: Decision of the California Court of Appeal on March 21, 2008, in *People v. Russo Bailey*, Case No. D051309; and

Exhibit D: California Court of Appeal Docket as printed on April 24, 2008, in *People v. Bailey*, Case No. D051309.

Respectfully submitted,

DARLENE A. DORNAN, Court Counsel
Superior Court of California, County of San Diego

DATED:

April 28, 2008

By: ___s/ Cheryl L. Brierton_____
CHERYL L. BRIERTON, Litigation Attorney
Attorneys for Defendant, The Honorable Allan J. Preckel, Judge of the Superior Court of California, County of San Diego