DARLENE A. DORNAN, Court Counsel (State Bar No. 182228)
Superior Court of California, County of San Diego
By CHERYL L. BRIERTON, Litigation Attorney (State Bar No. 108242)
220 West Broadway
San Diego, California  92101
Telephone: (619) 531-3036
Facsimile: (619) 685-6606

Attorneys for Defendant, The Honorable Allan J. Preckel, Judge of the Superior
    Court of California, County of San Diego

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSO BAILEY,<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, ET AL.,<br><br>        Defendants. | Case No. 07-CV-02090 JM (BLM)<br><br>DECLARATION IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE ON DEFENDANT JUDGE PRECKEL'S MOTION TO STRIKE FIRST AMENDED COMPLAINT<br><br>**[No Oral Argument Requested]**<br><br>Date  : June 6, 2008<br>Time  : 1:30 p.m.<br>Crtrm : 16 (5th Floor)<br>Judge : The Honorable Jeffrey T. Miller |

    1.    I am a licensed attorney employed by the Superior Court of California, County of San Diego ("California Court").  I am licensed to practice law in the State of California and have also been admitted to practice before the Courts of Appeals for the Ninth and the Federal Circuits, and before the Southern, Central and Eastern Districts of California.  I have personal knowledge of the matters stated herein and if called as a witness, I would competently testify thereto.

    2.    Attached to the Request for Judicial Notice is a true and correct copy of Exhibit A:  Order granting Defendant Judge Preckel's Motion to Dismiss with prejudice, in *Russo Bailey v. State of California Department of Justice*, *Allen J.*

*Preckel, et al.*, United States District Court, Southern District of California, Case No. 07-cv-2090 JM (BLM), dated March 18, 2008;

3. Attached to the Request for Judicial Notice is a true and correct copy of Exhibit B:  Order of April 10, 2008, denying Plaintiff's Motion to Reconsider Order of March 18, 2008, in *Russo Bailey v. State of California Department of Justice*, *Allen J. Preckel, et al.*, United States District Court, Southern District of California, Case No. 07-cv-2090 JM (BLM);

4. Attached to the Request for Judicial Notice is a true and correct copy of Exhibit C:  Decision of the California Court of Appeal on March 21, 2008, in *People v. Russo Bailey*, Case No. D051309; and

5. Attached to the Request for Judicial Notice is a true and correct copy of Exhibit D:  California Court of Appeal Docket as printed on April 24, 2008, in *People v. Bailey*, Case No. D051309.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of April 2008, in San Diego, California.

                    ___s/ Cheryl L. Brierton_____
                    CHERYL L. BRIERTON, Litigation Attorney