Russo Bailey Plaintiff proSe
864 N. 2nd Street #138
El Cajon CA 92021
Telephone (619)504-5682

FILED
08 MAY 13 PM 4:42
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

RUSSO BAILEY,
    Plaintiff,

v.

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE, et., al.
    Defendants

CIVIL No. 07cv2090 JM (BLM)

REQUEST FOR SANCTIONS:

F. R. Civ. P. 11 (b) &(b)(1) and C.C.P. §1218

To the Entitled Court and to the attorneys for the DEFENDANTS:

ALLEN J. PRECKEL,

    The Plaintiff request that in light of the bad faith MOTION TO STRIKE presented by the Defendant: ALLEN J. PRECKEL, THAT PLAINTIFF BE AWARDED SANCTIONS BY WAY OF COURT ORDER TO PAY PLAINTIFF A $1,000 (One thousand dollars) amount from each individual defendant for the frivolous Motion to dismiss.

    REQUEST FOR SANCTIONS: F. R. Civ. P. 11 (b) &(b)(1) and C.C.P. §1218

    F. R. Civ. P. 56 (g) Affidavits Made in Bad Faith.
Should it appear to the satisfaction of the court at any time that any of the affidavits presented pursuant to this rule are presented in bad faith or solely for the purpose of delay, the court shall forthwith order the party employing them to pay to the other party the amount of the reasonable expenses which the filing of the affidavits caused the other party to incur, including reasonable attorney's fees, and any offending party or attorney may be adjudged guilty of contempt.

1  C.C.P. §1218 "..if it be adjudged that he or she is guilty of contempt, a fine may be imposed on him or her not exceeding one thousand dollars ($1,000), ..."

3  TO the forgoing; the Plaintiff acting pro se does affirm to be in good faith this 9th day of May 2008

*Russo Bailey*

Russo Bailey