1  RUSSO BAILEY pro Se
   864 N. 2nd STREET #138
2  El Cajon CA 92021
   Telephone (619)504-5682
3

FILED

08 MAY 13 PM 4:42

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

RUSSO BAILEY,
         Plaintiff,
    vs.
STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE,
ALLEN J. PRECKEL,
CITY OF EL CAJON, M. BEVAN,
SAN DIEGO COUNTY,
DONNIE DUMANUS,
WILLIAM, KOLENDER,
25 Unknown police and sheriff deputies,
         Defendants.

CIVIL No. <u>07cv2090</u> JM (BLM)

**DECLARATION OF SERVICE**

I, the undersigned declared under penalty of perjury that I am over the age eighteen years and a party to this action; that I served the individuals on the service list attached here to the following documents:
PLAINTIFF'S OPPOSITION TO MOTION TO STRIKE FIRST AMENDED COMPLAINT BY DEFENDANT ALLEN J. PRECKEL. Exhibits "A" and "B" AND <u>REQUEST FOR SANCTIONS</u>:
in the following manner: by placing a copy in a separate envelope, for each address named below, and placing it for collection and mailing with the United States Postal Service, at El Cajon California on the date of: January 19, 2008

SERVICE LIST:

State of California Department of Justice
110 West A Street Suite 1100
San Diego, CA 92186-5266

Attorneys for City of El Cajon and M. Bevan;

McDougal, Love, Eckis, Smith, Boehmer & Foley
460 North Magnolia Avenue
El Cajon, CA 92020

///

REQUEST FOR SANCTIONS           1           DECLARATION OF SERVICE

1
    Attorneys for Allen J. Preckel;
2   Darlene A. Dornan, Cheryl L. Brierton
    220 West Broadway
3   San Diego, CA 92101                           Continued

4   SAN DIEGO COUNTY,
    1600 Pacific Highway Room 355
5   San Diego California 92101

6   BONNIE DUMANIS,
    250 E. Main Street, Fifth floor
7   El Cajon, California 92021

8   WILLIAM, KOLENDER
    9621 Ridgehaven Ct.
9   San Diego California 92123

10   executed on ~~January~~ May 11, 2008     at El Cajon California

11

12

13   _/s/ Russo Bailey_
    Russo Bailey
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28