Steven E. Boehmer (#144817)
Carrie L. Mitchell (#221845)
McDOUGAL, LOVE, ECKIS,
SMITH, BOEHMER & FOLEY
460 North Magnolia Avenue
El Cajon, California 92020
(619) 440-4444/Fax (619) 440-4907

Attorneys for Defendants: CITY OF EL CAJON and M. BEVAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSO BAILEY,<br><br>              Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, DEPARTMENT OF JUSTICE, ALLEN J. PRECKEL, CITY OF EL CAJON, M. BEVAN, SA DIEGO COUNTY, DONNIE DUMANUS, WILLIAM KOLENDER, 25 UNKNOWN POLICE AND SHERIFF DEPUTIES,<br><br>              Defendants. | Case No. 07CV2090 JM (BLM)<br><br>**REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6) BY CITY OF EL CAJON AND M. BEVAN**<br><br>Date: May 23, 2008<br>Time: 1:30 p.m.<br>Courtroom: 16<br><br>**NO ORAL ARGUMENT REQUESTED** |

Defendants, CITY OF EL CAJON ("City") and M. BEVAN, respectfully submit the following reply to plaintiff's opposition to motion to dismiss the first amended complaint pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6).

Plaintiff opposes the defendants' motion to dismiss apparently on the grounds that he was not convicted of a crime and his guilty plea is fraudulent.[1] However, it is clear by the records of the San Diego Superior Court that plaintiff was charged with being a felon in possession of a

---

[1] Plaintiff also apparently argues that the officers kidnaped and attempted to murder him. However, these criminal charges would properly be brought by the State, not an individual.

1

handgun and a guilty plea to that charge was entered. Such plea renders both his false arrest and false imprisonment claims not cognizable under *Heck v. Humphrey*. In addition, the Court of Appeal, Fourth Appellate District, has recently affirmed plaintiff's conviction and has denied his petition for writ of habeas corpus. (See Document 29-5 filed on April 28, 2008 with this Court by Judge Allan J. Preckel.)

Because he plead guilty to the conduct that resulted in his arrest, under *Heck v. Humphrey*, a judgment in favor of plaintiff in connection with his false arrest and imprisonment claims would necessarily imply the invalidity of his conviction. The defendants therefore request that the Court dismiss the first and second claims for relief.

The Court previously granted a motion to dismiss the third, fourth and fifth claims for relief with leave to amend. Plaintiff failed to allege any additional facts. These claims should be dismissed, now without leave to amend.

The defendants therefore request that the Court dismiss the first amended complaint in its entirety.

DATED: May 15, 2008

McDOUGAL, LOVE, ECKIS,
SMITH, BOEHMER & FOLEY

By:_____
Steven E. Boehmer
Carrie L. Mitchell
Attorneys for Defendants: CITY OF EL CAJON and
M. BEVAN

2

REPLY TO PLAINTIFF'S OPPOSITION TO MOTION
TO DISMISS FIRST AMENDED COMPLAINT
07CV2090 JM (BLM)