Bailey v. State of California Department of Justice, et al.
Case No. 07-CV-2090 JM (BLM)

# PROOF OF SERVICE

I, the undersigned, say: I am over 18 years of age, employed in the County of San Diego, California, in which the within-mentioned service occurred; and that I am not a party to the subject cause. My business address is 460 North Magnolia, El Cajon, California 92020.

On May 15, 2008, I served the within documents:

**REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6) BY CITY OF EL CAJON AND M. BEVAN**

( X ) **BY ELECTRONIC FILING.** I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

( X ) **BY U.S. MAIL.** I am familiar with this firm's practice of collection and processing correspondence for mailing with he U.S. Postal Service, and that said document(s) were deposited with the U.S. Postal Service this same day in the ordinary course of business to the addressee(s) as noted below.

>   Russo Bailey
>   864 North 2nd Street, #138
>   El Cajon, CA 92021
>   Tel: 619.504-5682
>   **Plaintiff In Pro Per**

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

I declare, under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on May 15, 2008, at San Diego, California.

/s/ *Andrea M. Cesario*
Andrea M. Cesario
McDougal, Love, Eckis, Smith,
 Boehmer & Foley
460 North Magnolia
El Cajon, CA 92020
Tel: 619.440.4444
Fax: 619.440.4907
Email: acesario@mclex.com