DARLENE A. DORNAN, Court Counsel (Bar No. 182228)
Superior Court of California, County of San Diego
By CHERYL L. BRIERTON, Litigation Attorney (Bar No. 108242)
220 West Broadway
San Diego, California  92101
Telephone:  (619) 531-3036
Facsimile:  (619) 685-6606

Attorneys for Defendant, the Honorable Allan J. Preckel, Judge of the Superior Court of California, County of San Diego

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| RUSSO BAILEY, | Case No. 07CV02090 JM (BLM) |
|---|---|
| Plaintiff, | REPLY BY DEFENDANT, THE HONORABLE ALLAN J. PRECKEL, JUDGE OF THE CALIFORNIA COURT, IN SUPPORT OF MOTION TO STRIKE; OPPOSITION TO PLAINTIFF'S REQUEST FOR SANCTIONS |
| vs. | |
| STATE OF CALIFORNIA, et al., | **[NO ORAL ARGUMENT REQUESTED]** |
| Defendants. | Date  :  June 6, 2008<br>Time  :  1:30 p.m.<br>Crtrm:  16 (5th Floor)<br>Judge:  Honorable Jeffrey T. Miller |

Defendant, the Honorable Allan J. Preckel, Judge ("Judge Preckel") of the Superior Court of California, County of San Diego ("California Court"), hereby submits the following reply in support of his Motion to Strike Plaintiff's First Amended Complaint.

Plaintiff's Opposition once again confirms that in this pending action, Plaintiff is challenging the proceedings in the underlying state criminal case. (*People v. Russell*

*Lorin Bailey*, California Court Case. No. SCE267015, appeal pending, D051309.[1]) Plaintiff continues to argue that in the underlying California Court criminal action, in which Plaintiff herein was a defendant, Judge Preckel made rulings with which Plaintiff still disagrees. (Opposition, 3:13-15, 6:13-22, 8:15-22; Plaintiff's "Exhibit A" to Opposition.) In so doing, Plaintiff confirms that judicial immunity applies.

Other than to excoriate them as "fraudulent contingencies of quackery law" and the like, Plaintiff does not address the authorities set forth in Judge Preckel's Motion to Dismiss concerning state sovereign immunity,[2] abstention doctrine, *Heck v. Humphrey*, 512 U.S. 477 [114 S. Ct. 2364, 129 L. Ed. 2d 383] (1994), or other substantive arguments. (Opposition, 2:25, 6:1-7, 7:1-8:13, 9:1-25.) These principles also operate as a dispositive bar to Plaintiff's claims against Judge Preckel.

There is no basis for sanctions against Judge Preckel under Federal Rule of Civil Procedure section 11. All Judge Preckel's arguments are meritorious. Moreover,

---

[1] As of May 15, 2008, the website of the California Court of Appeal, Fourth Appellate District, Division One, shows that the Court of Appeal filed its opinion in plaintiff's case (D051309) on March 21, 2008, affirming Judge Preckel, with the remittitur scheduled to issue on May 21, 2008. http://appellatecases.courtinfo.ca.gov/search/case/scheduledActions.cfm?dist=41&doc_id=735535&doc_no=D051309 ; http://www.courtinfo.ca.gov/cgi-bin/npopinions.cgi?Courts=D

[2] Plaintiff refers to Judge Preckel as an employee of "the State of California Department of Justice" (Opposition, 1:28, 3:22-23.), or alternatively, as an employee of the Supreme Court of California (Opposition, 4:7). However, Judge Preckel is a state constitutional officer. Cal. Const. art. VI, § 4. Plaintiff dismisses state sovereign immunity doctrine and abstention doctrine as based on falsehoods. (Opposition, 6:23-7:2.) In any event, the authorities cited in Judge Preckel's Motion to Strike, as in his initial Motion to Dismiss With prejudice granted by this court, establish that this doctrine also protects him from this suit. Indeed, state sovereign immunity even protects against actions by Californians in California state courts. *Kirchmann v. Lake Elsinore Unified School Dist.*, 83 Cal. App. 4th 1098, 1104 (2000). There has been no waiver: the defense has been raised at the first opportunity.

Plaintiff has not served a separate motion seeking sanctions, or otherwise complied with the provisions of Federal Rule of Civil Procedure 11, subdivision (c)(2). Plaintiff's "Request for Sanctions" filed January 18, 2008 also references Code of Civil Procedure section 1218, the California contempt statute. State statutes do not govern the federal court's contempt powers (*Lambert v. Montana*, 545 F.2d 87, 91 (9th Cir. 1976)), but in any event, the federal court has made no order with which Judge Preckel has failed to comply.

      This court has already dismissed Judge Preckel with prejudice. As such, Judge Preckel's Motion to Strike the First Amended Complaint against him should be granted, with prejudice, and a judgment entered in his favor.

DATED:                      DARLENE A. DORNAN, Court Counsel
                                 Superior Court of California, County of San Diego

May 21, 2008

                             By: __s/ Cheryl L. Brierton_____
                                CHERYL L. BRIERTON, Litigation Attorney
                            Attorneys for Defendant, the Honorable Allan J. Preckel, Judge of the Superior Court of California, County of San Diego

DARLENE A. DORNAN, Court Counsel (State Bar No. 182228)
Superior Court of California, County of San Diego
By CHERYL L. BRIERTON, Litigation Attorney (State Bar No. 108242)
220 West Broadway
San Diego, California 92101
Telephone: (619) 531-3036
Facsimile: (619) 685-6606

Attorneys for Defendant, The Honorable Allan J. Preckel, Judge of the Superior
    Court of California, County of San Diego

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSO BAILEY,<br><br>          Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>          Defendants. | Case No.: 07-CV-02090 JM (BLM)<br>**PROOF OF SERVICE**<br>[Local Rules 5.3, 5.4(c)] |

    I, PUI TSANG, declare that: I am over the age of eighteen years and not a party to the above-referenced case; I am employed in, or am a resident of, the County of San Diego, California where the mailing occurs; and my business address is: 220 W. Broadway, San Diego, California.

    I further declare that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

PROOF OF SERVICE - 1

On May 21, 2008, I served the following document(s): **REPLY BY DEFENDANT, THE HONORABLE ALLAN J. PRECKEL, JUDGE OF THE CALIFORNIA COURT, IN SUPPORT OF MOTION TO STRIKE; OPPOSITION TO PLAINTIFF'S REQUEST FOR SANCTIONS** by placing a true copy of each document in a separate envelope addressed to each addressee, respectively, as follows:

**Russo Bailey**
**864 N. 2nd Street #138**
**El Cajon, CA 92021**

I then sealed each envelope and deposited said envelope(s) in the U.S. Postal Pick up box, this same day, at my business address shown above, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 21, 2008

PUI TSANG