# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
**JUL 2 2 2008**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY
*This space for Clerk's Office File Stamp*

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE     Miller
FROM:  J. Paris,        Deputy Clerk        RECEIVED DATE:  7/18/08
CASE NO.:  07cv2090        DOCUMENT FILED BY:  Russo Bailey
CASE TITLE:  Bailey v. State of CA, et al.
DOCUMENT ENTITLED:  Reply to Order

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X |  | OTHER: No provision for reply to Orders |

Date forwarded:  7/18/08

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: JEFFREY T. MILLER

Dated: 7/22/08        By: _____
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED**

Russo Bailey PRO SE Plaintiff
864 North Second Street #138
El Cajon, CA 92021
Telephone (619)504-5682

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

Russo Bailey
    Plaintiff;

Vs

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE,
ALLEN J. PRECKEL,
CITY OF EL CAJON, M. BEVAN #236,
SAN DIEGO COUNTY,
BONNIE M. DUMANIS,
WILLIAM, KOLENDER,
25 Unknown police, sheriff deputies,
and employees of the county and state;
ADDED DEFENDANTS:
HERBERT J. EXARHOS,
JASON SARGENT #297,
JAMES BRAI #210,
ERIC TAYLOR #157,
                    Defendants.

CIVIL No. 07cv2090-JM(BLM)

PLAINTIFFS OBJECTION AND
ABATEMENT OF COURT ORDER
DATED JUNE 25, 2008
BY JUDGE JEFFREY T. MILLER

Now comes plaintiffs admonishment of unsolicited court order in violation of Federal Rules of Civil Procedure #41. The order is signed, but without service on any party.

    Entitled Court under Judge Jeffrey T. Miller, ordered the dismissal of reinstated Defendants in violation of his limited jurisdiction.

    Plaintiff is only party that has power to dismiss a Defendant.

Plaintiffs                       1                      Respond to court order