1   Steven E. Boehmer (#144817)
    Carrie L. Mitchell (#221845)
2   McDOUGAL, LOVE, ECKIS,
    SMITH, BOEHMER & FOLEY
3   460 North Magnolia Avenue
    El Cajon, California 92020
4   (619) 440-4444/Fax (619) 440-4907

5   Attorneys for Defendants: CITY OF EL CAJON and M. BEVAN

6

7

8               UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11  RUSSO BAILEY,                    )   Case No. 07-CV-2090 JM (BLM)
                                     )
12              Plaintiff,           )   **NOTICE OF MOTION AND MOTION**
                                     )   **TO DISMISS COMPLAINT PURSUANT**
13  v.                               )   **TO FEDERAL RULE 41(b) BY CITY**
                                     )   **OF EL CAJON AND M. BEVAN**
14                                   )
    STATE OF CALIFORNIA              )   Date:       September 5, 2008
15  DEPARTMENT OF JUSTICE, ALLEN J.  )   Time:       1:30 p.m.
    PRECKEL, CITY OF EL CAJON, M.    )   Courtroom:  16
16  BEVAN, SAN DIEGO COUNTY,         )
    DONNIE DUMANUS, WILLIAM          )
17  KOLENDER, 25 Unknown police and  )
    sheriff deputies,                )
18                                   )
                Defendants.          )
19  _____)

20

21  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

22          NOTICE IS HEREBY GIVEN that on September 5, 2008 at 1:30 p.m. or as soon

23  thereafter as the matter may be heard in Courtroom 16 of the above-entitled court, located at 940

24  Front Street, San Diego, California, defendants, CITY OF EL CAJON and M. BEVAN will

25  / / /

26  / / /

27  / / /

28  / / /

1

NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 14(b)

1    move this Court for an order dismissing the complaint pursuant to Federal Rule of Civil

2    Procedure 14(b).

3    DATED:  July 29, 2008          **McDOUGAL, LOVE, ECKIS,**
                                     **SMITH, BOEHMER & FOLEY**

4

5                                    By:_____

6                                    Steven E. Boehmer
                                     Carrie L. Mitchell

7                                    Attorneys for Defendants:  CITY OF EL CAJON
                                     and M. BEVAN

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 14(b)