1  Steven E. Boehmer (#144817)
   Carrie L. Mitchell (#221845)
2  McDOUGAL, LOVE, ECKIS,
   SMITH, BOEHMER & FOLEY
3  460 North Magnolia Avenue
   El Cajon, California 92020
4  (619) 440-4444/Fax (619) 440-4907

5  Attorneys for Defendants: CITY OF EL CAJON and M. BEVAN

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 RUSSO BAILEY,                        )   Case No. 07-CV-2090 JM (BLM)
                                        )
12              Plaintiff,              )   NOTICE OF MOTION AND MOTION
                                        )   TO DISMISS COMPLAINT PURSUANT
13 v.                                   )   TO FEDERAL RULE 41(b) BY CITY
                                        )   OF EL CAJON AND M. BEVAN
14                                      )
   STATE OF CALIFORNIA                  )   Date:      September 5, 2008
15 DEPARTMENT OF JUSTICE, ALLEN J.      )   Time:      1:30 p.m.
   PRECKEL, CITY OF EL CAJON, M.        )   Courtroom: 16
16 BEVAN, SAN DIEGO COUNTY,             )
   DONNIE DUMANUS, WILLIAM              )
17 KOLENDER, 25 Unknown police and      )
   sheriff deputies,                    )
18                                      )
                Defendants.             )
19 _____)

20

21 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

22      NOTICE IS HEREBY GIVEN that on September 5, 2008 at 1:30 p.m. or as soon

23 thereafter as the matter may be heard in Courtroom 16 of the above-entitled court, located at 940

24 Front Street, San Diego, California, defendants, CITY OF EL CAJON and M. BEVAN will

25 ///

26 ///

27 ///

28 ///

1

NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 14(b)

1 | move this Court for an order dismissing the complaint pursuant to Federal Rule of Civil
2 | Procedure 14(b).

3 | DATED: July 29, 2008

McDOUGAL, LOVE, ECKIS,
SMITH, BOEHMER & FOLEY

By: *[signature]*
Steven E. Boehmer
Carrie L. Mitchell
Attorneys for Defendants: CITY OF EL CAJON
and M. BEVAN