Steven E. Boehmer (#144817)
Carrie L. Mitchell (#221845)
McDOUGAL, LOVE, ECKIS,
SMITH, BOEHMER & FOLEY
460 North Magnolia Avenue
El Cajon, California 92020
(619) 440-4444/Fax (619) 440-4907

Attorneys for Defendants: CITY OF EL CAJON and M. BEVAN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSO BAILEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF JUSTICE, ALLEN J. PRECKEL, CITY OF EL CAJON, M. BEVAN, SAN DIEGO COUNTY, DONNIE DUMANUS, WILLIAM KOLENDER, 25 Unknown police and sheriff deputies,<br><br>　　　　Defendants. | Case No. 07-CV-2090 JM (BLM)<br><br>**REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE 41(b) BY CITY OF EL CAJON AND M. BEVAN**<br><br>Date:　　　September 5, 2008<br>Time:　　　1:30 p.m.<br>Courtroom:　16 |

　　　　Plaintiff filed his first pro se complaint in this case in October 2007. As of late August, 2008, he still has not filed an adequate complaint, despite repeated judicial instructions about how he needed to amend the complaint and when he needed to get it done. After Defendant failed to amend his complaint a second time per this Court's order, Defendants filed the instant dismissal motion on July 29, 2008.

　　　　In response to the dismissal motion filed by Defendants, Plaintiff offers little reason to believe a proper complaint will ever be filed in this case. First, his response is self-contradictory. One example can be found on page 4, lines 16-17, of his opposition: "Plaintiff does not claim damages for an arrest. Damages are for a false arrest, [and] false imprisonment!"

1

1  Second, Plaintiff's opposition suggests that his complaint should be barred because the false arrest that he self-contradictorily does and does not make is based on an offense for which he was convicted. In his opposition (at 6:15-8:3), Plaintiff appears to tie his ambiguously-asserted false arrest case to the "sham criminal action" (Opposition, at 6:20) where "Bailey pleads guilty to the charge..." (Opposition, at 6:25) and that this lawsuit "is the only avenue to freedom from the captors..." (Opposition, at 6:27).

Third, though Plaintiff admitted that the Court "instructed" him to amend his complaint in its "order" dismissing the first amended complaint (opposition, at 4:8-13), he does not believe he was under any obligation at all to amend his complaint.

Fourth, he does not even accept that this Court has authority to dismiss civil complaints under any circumstances: "Plaintiff is [the] only party that has power to dismiss a [d]efendant or cause of action." (Opposition, at 3:20.)

Fifth, and most importantly, Plaintiff *still* has not filed an amended complaint, much less an amended complaint setting forth facts to support his allegations.

For the reasons articulated in Defendants' July 29, 2008 motion to dismiss, Defendants respectfully request that the Court dismiss this case with prejudice.

DATED: August 28, 2008

McDOUGAL, LOVE, ECKIS,
SMITH, BOEHMER & FOLEY

*/s/ Steven E. Boehmer*
By:_____
Steven E. Boehmer
Carrie L. Mitchell
Attorneys for Defendants: CITY OF EL CAJON and M. BEVAN