DARLENE A. DORNAN, Court Counsel (State Bar No. 182228)
Superior Court of California, County of San Diego
By CHERYL L. BRIERTON, Litigation Attorney (State Bar No. 108242)
220 West Broadway
San Diego, California 92101
Telephone: (619) 450-5356
Facsimile: (619) 450-5684

Attorneys for Defendant, The Honorable Allan J. Preckel, Judge of the Superior Court of California, County of San Diego

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSO BAILEY,<br><br>   Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF JUSTICE, ALLEN J. PRECKEL, ET AL.,<br><br>   Defendants. | Case No.: 07-CV-02090 JM (BLM)<br><br>**PROOF OF SERVICE**<br><br>[Local Rules 5.3, 5.4(c)] |

I, PUI TSANG, declare that: I am over the age of eighteen years and not a party to the above-referenced case; I am employed in, or am a resident of, the County of San Diego, California where the mailing occurs; and my business address is: 220 W. Broadway, San Diego, California.

I further declare that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

On September 17, 2008, I served the following document(s): **EX PARTE APPLICATION TO AMEND MOTION TO STRIKE TO APPLY MOTION TO SECOND AMENDED COMPLAINT, AS WELL AS TO FIRST**

**AMENDED COMPLAINT BY DEFENDANT, THE HONORABLE ALLAN J. PRECKEL, JUDGE OF THE CALIFORNIA COURT** by placing a true copy of each document in a separate envelope addressed to each addressee, respectively, as follows:

**Russo Bailey**
**864 N. 2nd Street #138**
**El Cajon, CA 92021**

 I then sealed each envelope and deposited said envelope(s) in the U.S. Postal Pick up box, this same day, at my business address shown above, following ordinary business practices.

 Additionally, pursuant to the Electronic Case Filing Administrative Policies and Procedures Manuel of this Court, Section 2.d.2, dated May 15, 2008, service has been effected on the parties below, whose counsel of record is a registered participant of CM/ECF, via electronic service through the **CM/ECF system:**

 **M Bevan**
 **City of El Cajon**
 **Bonnie Dumanis**
 **William Kolender**
 **San Diego County**
 **State of California Department of Justice**

 I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 17, 2008

PUI TSANG