# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSO BAILEY,<br><br>                      Plaintiff,<br>vs.<br><br>STATE OF CALIFORNIA DEPARTMENT OF JUSTICE; ALLEN J. PRECKEL; CITY OF EL CAJON; M. BEVAN; SAN DIEGO COUNTY; DONNIE DUMANUS; WILLIAM KOLENDER ,<br><br>                      Defendants. | CASE NO. 07cv2090 JM(BLM)<br><br>ORDER DENYING EX PARTE APPLICATION TO AMEND MOTION TO STRIKE AS MOOT |

      Judge Allan J. Preckel has filed an <u>Ex Parte</u> Application to Amend the Motion to Strike to Apply Motion to Second Amended Complaint, as Well as to First Amended Complaint by Defendant, the Honorable Allan J. Preckel, Judge of the California Court. ("Motion").  The court denies the motion as moot because, on June 25, 2008, the court granted Judge Preckel's motion to dismiss all claims with prejudice and without leave to amend based upon judicial immunity.  (Docket No. 37). As that order terminated the action as to Judge Preckel for all purposes, Plaintiff's inclusion of Judge Preckel as a defendant in the second amended complaint is of no consequence.

      In sum, the Motion is denied as moot.  As all claims have been resolved in this

/ / /

/ / /

1   action, the Clerk of Court is instructed to enter judgment in favor of all Defendants and against
2   Plaintiff. The Clerk of Court is also instructed to close the file.
3   **IT IS SO ORDERED.**
4   DATED: August 6, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

7   cc:         All parties