# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

RUSSO BAILEY

                V.                              **JUDGMENT IN A CIVIL CASE**

STATE OF CALIFORNIA DEPARTMENT
OF JUSTICE; ALLEN J. PRECKEL; CITY
OF EL CAJON; M. BEVAN; SAN DIEGO
COUNTY; DONNIE DUMANUS;
WILLIAM KOLENDER

**CASE NUMBER:**   07cv2090-JM(BLM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the ex parte application to amend motion to strike is denied as moot. As all claims have been resolved in this action, the Clerk of Court is instructed to enter judgment in favor of all Defendants and against Plaintiff...................................................................................................
................................................................................................................................................
................................................................................................................................................

| August 6, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON August 6, 2009

07cv2090-JM(BLM)